IN RE: TRANSITIONS LENSES
ANTITRUST LITIGATION                                    MDL No. 2173

## SCHEDULE A

### Central District of California

Amanda Gable v. Transitions Optical, Inc., C.A. No. 8:10-487

### Middle District of Florida

B & B Eyes, Inc. v. Transitions Optical, Inc., et al., C.A. No. 8:10-984
Railway Optical, Inc., etc. v. Transitions Optical, Inc., et al., C.A. No. 8:10-1004
First Image Optical v. Transitions Optical, Inc., et al., C.A. No. 8:10-1032

### Southern District of Florida

See-Mor Optical of Hewlett, Inc. v. Transitions Optical, Inc., et al., C.A. No. 1:10-21289

### Western District of Washington

Nouveau Vision, Inc. v. Transitions Optical, Inc., et al., C.A. No. 2:10-547
Arthur L. Cartier Optics v. Transitions Optical, Inc., et al., C.A. No. 2:10-694

### Eastern District of Wisconsin

Axhi Sabani v. Transitions Optical, Inc., C.A. No. 2:10-332