Judicial Panel on Multidistrict Litigation - Panel Service List

Page 1

Docket: 2173 - IN RE: Transitions Lenses Antitrust Litigation
Status: Pending on 08/06/2010
Transferee District: FLM     Judge: Whittemore, James D.

Printed on 08/06/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Barnett, Barry C.<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202-3775 | =>Phone: (214) 754-1900  Fax: (214) 754-1933  Email: bbarnett@susmangodfrey.com<br>Central Illinois Vision Associates, Ltd.*; Sickbert Family Eye Care, LLC* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602 | =>Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Sabani, Axhi* |
| Hansel, Gregory P<br>PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | =>Phone: (207) 791-3000  Fax: (207) 791-3111  Email: ghansel@preti.com<br>B & B Eyes, Inc * |
| Hoese, William E.<br>KOHN SWIFT & GRAF PC<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107 | =>Phone: (215) 238-1700  Fax: (215) 238-1968  Email: whoese@kohnswift.com<br>Pennachio & Fishman, M.D., P.A.* |
| Liebenberg, Roberta D<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | =>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>First Image Optical, Inc * |
| Montague, Jr, H. Laddie<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3010  Fax: (215) 875-4671  Email: hlmontague@bm.net<br>Nouveau Vision, Inc.* |
| Nussbaum, Linda P<br>NUSSBAUM LLP<br>88 Pine Street<br>14th Floor<br>New York, NY 10005 | =>Phone: (914) 874-7152  Fax: (212) 838-7745  Email: lnussbaum@nussbaumllp.com<br>Railway Optical, Inc. dba Just Look'n Eyewear* |
| Pak, Chul<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019 | =>Phone: (212) 497-7726  Fax: (212) 999-5899  Email: cpak@wsgr.com<br>Transitions Optical, Inc.* |
| Parekh, Behram V<br>KIRTLAND & PACKARD LLP | =>Phone: (310) 536-1000  Fax: (310) 536-1001  Email: bvp@kirtlandpackard.com<br>Gable, Amanda |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2361 Rosecrans Avenue<br>4th Floor<br>El Segundo, CA 90245 | |
| Richards, J Douglas<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005 | =>Phone: (212) 838-7797 Fax: (212) 838-7745 Email: drichards@cohenmilstein.com<br>Arthur L. Carner Optics* |
| Ross, Douglas C.<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045 | =>Phone: (206) 757-8135 Fax: (206) 757-7135 Email: Douglasross@dwt.com<br>Essilor International SA; Essilor Laboratories of America, Inc.*; Essilor of America, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway<br>33rd Floor<br>New York, NY 10005 | =>Phone: (212) 907-0700 Fax: (212) 818-0477 Email: hsalzman@labaton.com<br>See-Mor Optical of Hewlett, Inc * |

Note: Please refer to the report title page for complete report scope and key.