**8:10-md-02173-JDW-EAJ** In Re: Photochromic Lens Antitrust Litigation

James D. Whittemore, presiding
Elizabeth A. Jenkins, referral
**Date filed:** 08/09/2010
**Date of last filing:** 08/19/2010

# Attorneys

| | | |
|---|---|---|
| **Guri Ademi**<br>Ademi & O'Reilly LLP<br>3620 E Layton Ave<br>Cudahy, WI 53110<br>414-482-8000<br>414-482-8001 (fax)<br>*Assigned: 08/18/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Axhi Sabani**<br>*(Plaintiff)* |
| **Shpetim Ademi**<br>Ademi & O'Reilly LLP<br>3620 E Layton Ave<br>Cudahy, WI 53110<br>414-482-8000<br>414-482-8001 (fax)<br>*Assigned: 08/18/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Axhi Sabani**<br>*(Plaintiff)* |
| **Dennis Michael Arendall, Jr.**<br>Englander & Fischer, PA<br>721 1st Ave N<br>PO Box 1954<br>St Petersburg, FL 33731-1954<br>727/898-7210<br>marendall@efpalaw.com<br>*Assigned: 08/10/2010*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **First Image Optical**<br>*(Plaintiff)* |

**Railway Optical, Inc.**
*(Plaintiff)*

**Jeffrey C. Bank**
WILSON SONSINI GOODRICH & ROSATI
(NY)
1301 AVENUE OF THE AMERICAS
40TH FLOOR
NEW YORK, NY 10019                    representing
212-999-5800
  *Assigned: 08/19/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Transitions Optical, Inc.**
*(Defendant)*

**Ben Barnow**
Barnow & Associates, PC
Suite 4600
1 N LaSalle St
Chicago, IL 60602
312/621-2000                          representing
312/641-5504 (fax)
b.barnow@barnowlaw.com
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Axhi Sabani**
*(Plaintiff)*

**Anthony J. Bolognese**
Bolognese Associates LLC
2 Penn Center
1500 JFK Blvd., Suite 320
Philadelphia, PA 19102
215/814-6750                          representing
215/814-6764 (fax)
abolognese@bolognese-law.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*

**First Image Optical**
*(Plaintiff)*

*ATTORNEY TO BE NOTICED*

**Benjamin Doyle Brown**
COHEN MILSTEIN SELLERS & TOLL
LLC
1100 NEW YORK AVENUE NW
STE 500 WEST
WASHINGTON, DC 20005          representing
202-408-4600
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Arthur L. Cartier Optics**
*(Plaintiff)*

**Fred Burnside**
Davis Wright Tremaine LLP
1201 Third Ave., suite 2200
Seattle, WA 98101-3045
202/622-3150                 representing
fredburnside@dwt.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Essilor Laboratories of
America, Inc.**
*(Defendant)*

**Essilor of America, Inc.**
*(Defendant)*

**Joyce E. Choi**
WILSON SONSINI GOODRICH & ROSATI
(NY)
1301 AVENUE OF THE AMERICAS
40TH FLOOR
NEW YORK, NY 10019           representing
212-999-5800
  *Assigned: 08/19/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Transitions Optical, Inc.**
*(Defendant)*

**Bart D. Cohen**
Berger & Montague, PC
1622 Locust St
Philadelphia, PA 19103
215/875-3000
bcohen@bm.net
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nouveau Vision, Inc.**
*(Plaintiff)*


**Michael E. Criden**
Criden & Love, PA
Suite 515
7301 SW 57th Ct
South Miami, FL 33143
305/357-9010
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*


**Railway Optical, Inc.**
*(Plaintiff)*


**Andrew C. Curley**
BERGER & MONTAGUE
1622 LOCUST ST
PHILADELPHIA, PA 19103
215-875-3000
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Nouveau Vision, Inc.**
*(Plaintiff)*

**Merrill G. Davidoff**
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103
215/875-3000
mdavidoff@bm.net
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nouveau Vision, Inc.**
*(Plaintiff)*


**Lisa A Davis**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd
Palo Alto, CA 94304-1050
650-493-9300
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Transitions Optical, Inc.**
*(Defendant)*


**Kent Wycliffe Easter**
Stradling Yocca Carlson and Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441
949-725-4000
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Transitions Optical, Inc.**
*(Defendant)*


**Raymond T. Elligett, Jr.**
Buell & Elligett, PA
Suite 100
3003 W Azeele St
Tampa, FL 33609-5226
813/874-2600
813/874-1760 (fax)
elligett@belawtampa.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**B & B Eyes, Inc.**
*(Plaintiff)*

**Leonard Selig Englander**
Englander & Fischer, PA
721 1st Ave N
PO Box 1954
St Petersburg, FL 33731-1954
727/898-7210
727/898-7218 (fax)
lenglander@efpalaw.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Railway Optical, Inc.**
*(Plaintiff)*

**Katherine Warthen Ezell**
Podhurst Orseck Josefsberg et al
City National Bank Building
25 W Flagler Street
Suite 800
Miami, FL 33130-1780
305-358-2800
305-358-2382 (fax)
KEzell@podhurst.com
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**See-Mor Optical of Hewlett, Inc.**
*(Plaintiff)*

**Raymond J Farrow**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
FAX 623-3384 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Arthur L. Cartier Optics**
*(Plaintiff)*

**Jeffrey B. Gittleman**
Barrack, Rodos & Bacine
2 Commerce Square - Ste 3300
2001 Market St
Philadelphia, PA 19103
215/963-0600
jgittleman@barrack.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*


**John Goldmark**
Davis Wright Tremaine LLp
1201 Third Ave., Suite 2200
Seattle, WA 98101-3045
206/622-3150
johngoldmark@dwt.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Essilor Laboratories of America, Inc.**
*(Defendant)*


**Essilor of America, Inc.**
*(Defendant)*


**Douglas W Greene**
WILSON SONSINI GOODRICH & ROSATI
(WA)
701 FIFTH AVE
STE 5100
SEATTLE, WA 98104
206-883-2500
206-883-2699 (fax)
  *Assigned: 08/19/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Transitions Optical, Inc.**
*(Defendant)*

**Mark Adam Griffin**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052                    representing          **Arthur L. Cartier Optics**
206-623-1900                                                    *(Plaintiff)*
FAX 623-3384 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Elizabeth A N Haas**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300                   representing          **Transitions Optical, Inc.**
414-297-5083                                                    *(Defendant)*
414-297-4900 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Gregory Paul Hansel**
Preti Flaherty Beliveau & Pachios, PLLP
PO Box 9546
Portland, ME 04112-9546
207/791-3000                               representing          **B & B Eyes, Inc.**
207/791-3111 (fax)                                              *(Plaintiff)*
ghansel@preti.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Renata Hesse**
Wilson Sonsini Goodrich and Rosati
1700 K Street NW, 5th Floor
Washington, DC 20006                          representing          **Transitions Optical, Inc.**
202-973-8800                                                        *(Defendant)*
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Jonathan M. Jacobson**
Akin, Gump, Strauss, Hauer & Feld
590 Madison Avenue
New York, NY 10022
212/872-1020
212/407-3220 (fax)                            representing          **Transitions Optical, Inc.**
jjacobson@akingump.com                                              *(Defendant)*
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*


**Robert C. Josefsberg**
Podhurst Orseck, PA*
Suite 800
25 W Flagler St
Miami, FL 33130                                                     **See-Mor Optical of**
305/358-2800                                   representing          **Hewlett, Inc.**
305-358-2382 (fax)                                                  *(Plaintiff)*
rjosefsberg@podhurst.com
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Barry M Kaplan**
WILSON SONSINI GOODRICH & ROSATI
(WA)
701 FIFTH AVE
STE 5100
SEATTLE, WA 98104                              representing
206-883-2500
206-883-2699 (fax)
  *Assigned: 08/19/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Transitions Optical, Inc.**
*(Defendant)*

**Robert N. Kaplan**
Kaplan, Kilsheimer & Fox, LLP
850 Third Ave, 14th Floor
New York, NY 10022
212/687-1980                                   representing
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Railway Optical, Inc.**
*(Plaintiff)*

**Michael L Kelly**
Kirtland & Packard LLP
2361 Rosecrans Avenue 4th Floor
El Segundo, CA 90245
310-536-1000                                   representing
310-536-1001 (fax)
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Amanda Gable**
*(Plaintiff)*

**Peter Kohn**
Faruqi & Faruqi, LLP
Suite 600
101 Greenwood Ave.
Jenkintown, PA 19046
215/277-5770
215/277-5771 (fax)
pkohn@faruqilaw.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Roberta D. Liebenberg**
Fine, Kaplan & Black, RPC
1835 Market St., 28th Floor
Philadelphia, PA 19103
215/567-6565
rliebenberg@finekaplan.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Kevin B. Love**
Criden & Love, PA
Suite 515
7301 SW 57th Ct
South Miami, FL 33143
305/357-9010
305/357-9050 (fax)
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Railway Optical, Inc.**
*(Plaintiff)*

**Mark A Maasch**
Turner & Maasch
550 West C St, Ste 1150
San Diego, CA 92101
619-237-1212
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Amanda Gable**
*(Plaintiff)*


**James T McKeown**
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
414-297-5530
414-297-4900 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Transitions Optical, Inc.**
*(Defendant)*


**Ria C. Momblanco**
Fine, Kaplan & Black, RPC
1835 Market St., 28th Floor
Philadelphia, PA 19103
215/567-6565
215/568-5872 (fax)
rmomblanco@finekaplan.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Linda P. Nussbaum**
Nussbaum LLP
26 Murray Hill Road
Scarsdale, NY 10583
914/874-7152
914/725-6146 (fax)                    representing        **Railway Optical, Inc.**
lnussbaum@nussbaumllp.com                                 *(Plaintiff)*
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*


**Chul Pak**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019                     representing        **Transitions Optical, Inc.**
212-999-5800                                               *(Defendant)*
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*


**Behram V Parekh**
Kirtland and Packard
2361 Rosecrans Avenue 4th Floor
El Segundo, CA 90245
310-536-1000                           representing        **Amanda Gable**
310 536 1001 (fax)                                         *(Plaintiff)*
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**Donald R. Perelman**
Fine, Kaplan & Black, RPC
1835 Market St., 28th Floor
Philadelphia, PA 19103
215/567-6565
215/568-5872 (fax)
dperelman@finekaplan.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*

**Heather Marie Peterson**
Kirtland & Packard LLP
2361 Rosecrans Avenue Suite 450
El Segundo, CA 90245
310-536-1000
310 536 1001 (fax)
  *Assigned: 08/16/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Amanda Gable**
*(Plaintiff)*

**John D. Radice**
Nussbaum LLP
26 Murray Hill Road
Scarsdale, NY 10583
914-874-7152
914/725-6146 (fax)
jradice@nussbaumllp.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Railway Optical, Inc.**
*(Plaintiff)*

**Stephen L. Ram**
Stradling, Yocca, Carlson & Rauth
Suite 1600
660 Newport Center Dr
Newport Beach, CA 92660-6422
949/725-4000
949/725-4100 (fax)
sram@sycr.com
 *Assigned: 08/16/2010*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Transitions Optical, Inc.**
*(Defendant)*


**Ramon A. Rasco**
Podhurst Orseck, PA*
Suite 800
25 W Flagler St
Miami, FL 33130
305/358-2800
305/358-2382 (fax)
 *Assigned: 08/11/2010*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**See-Mor Optical of Hewlett, Inc.**
*(Plaintiff)*


**J. Douglas Richards**
COHEN MILSTEIN SELLERS & TOLL
PLLC (NY)
88 PINE STREET, 14TH FLOOR
NEW YORK, NY 10005
212-838-7797
 *Assigned: 08/18/2010*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Arthur L. Cartier Optics**
*(Plaintiff)*

**Douglas Ross**
Davis Wright Tremaine, LLP*
Suite 2200
1201 Third Ave.
Seattle, WA 98101-3045
206/622-3150
douglasross@dwt.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Essilor Laboratories of
America, Inc.**
*(Defendant)*


**Essilor of America, Inc.**
*(Defendant)*


**Hollis Lee Salzman**
Labaton Sucharow, LLP
34th Floor
140 Broadway
New York, NY 10005
212/907-0700
212/818-0477 (fax)
hsalzman@labaton.com
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**See-Mor Optical of
Hewlett, Inc.**
*(Plaintiff)*


**Mark D. Samson**
KELLER ROHRACK, PLC
3101 N. CENTRAL AVENUE
STE 1400
PHOENIX, AZ 85012
602-230-6323
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Arthur L. Cartier Optics**
*(Plaintiff)*

**Noah Shube**
The Law Offices of Noah Shube
434 Broadway
6th Fl.
New York, NY 10013                                  representing
212/274-8638
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**B & B Eyes, Inc.**
*(Plaintiff)*

**Daniel A. Small**
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, DC 20005-3964                           representing
202/408-4600
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Arthur L. Cartier Optics**
*(Plaintiff)*

**Julie S. Sneed**
Fowler White Boggs
501 E Kennedy Blvd - Ste 1700 (33602)
PO Box 1438
Tampa, FL 33601-1438
(813) 222-3350                                      representing
813/229-8313 (fax)
jsneed@fowlerwhite.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Essilor Laboratories of America, Inc.**
*(Defendant)*


**Essilor of America, Inc.**
*(Defendant)*

**Blake A Strautins**
Barnow and Associates PC
1 N LaSalle St - Ste 4600
Chicago, IL 60602
312-621-2000
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Axhi Sabani**
*(Plaintiff)*


**David J Syrios**
Ademi & O'Reilly LLP
3620 E Layton Ave
Cudahy, WI 53110
414-482-8000
414-482-8001 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Axhi Sabani**
*(Plaintiff)*


**Paul R Taylor**
BYRNES & KELLER
1000 SECOND AVE
38TH FLOOR
SEATTLE, WA 98104
206-622-2000
FAX 622-2522 (fax)
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nouveau Vision, Inc.**
*(Plaintiff)*

**Martin I Twersky**
Berger & Montague, PC
1622 Locust St
Philadelphia, PA 19103
215-875-3000
mtwersky@gm.net
  *Assigned: 08/18/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Nouveau Vision, Inc.**
*(Plaintiff)*


**John W. Waechter**
Englander & Fischer, PA
721 1st Ave N
PO Box 1954
St Petersburg, FL 33731-1954
727/898-7210
jwaechter@efpalaw.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**First Image Optical**
*(Plaintiff)*


**Railway Optical, Inc.**
*(Plaintiff)*


**Edward Martin Waller**
Fowler White Boggs
501 E Kennedy Blvd - Ste 1700 (33602)
PO Box 1438
Tampa, FL 33601-1438
813/222-1137
813/229-8313 (fax)
ewaller@fowlerwhite.com
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Essilor Laboratories of America, Inc.**
*(Defendant)*

**Essilor of America, Inc.**
*(Defendant)*

**Robert Thomas Watson**
Holland & Knight, LLP
701 Brickell Ave - Ste 3000
PO Box 015441
Miami, FL 33131-5441                    representing        **Transitions Optical, Inc.**
305/374-8500                                                *(Defendant)*
305/789-7799 (fax)
robert.watson@hklaw.com
  *Assigned: 08/11/2010*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Randall B. Welll**
Preti, Flaherty, Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546                   representing        **B & B Eyes, Inc.**
207/791-3000                                                 *(Plaintiff)*
  *Assigned: 08/10/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*