UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

| | |
|---|---|
| In re: **PHOTOCHROMIC LENS ANTITRUST LITIGATION** | Case No.: 8:10-md-02173-JDW-EAJ<br>MDL Docket No. 2173 (All Cases)<br>Hon. James D. Whittemore |

## UNOPPOSED MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE

Defendant Transitions Optical, Inc., ("TOI" or "Defendant"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 3.01 and 3.09, respectfully requests that the Court continue the Initial Pre-Trial Conference presently set for October 7, 2010 at 2:00 p.m., to a date and time convenient to the Court within the week commencing October 25, 2010 and states:

1. In its August 19, 2010 Order, this Court scheduled an Initial Pre-Trial Conference to be held on October 7, 2010 at 2:00 p.m.;

2. Jonathan M. Jacobson, Esq., lead counsel for TOI, is unavailable to participate on the currently scheduled date of October 7, 2010 or any other date until October 25, 2010, *see* Declaration of Jonathan M. Jacobson ("Jacobson Decl.") ¶¶ 2-6;

3. Michael A. Lindsay, Esq., lead counsel for Plaintiff Insight Equity A.P. X, LP, d/b/a Vision-Ease Lens Worldwide, Inc., has notified TOI that he is unavailable to participate in an initial pre-trial conference any date during the week of October 18-22, *see* Jacobson Decl. ¶ 7;

2

    4.    TOI has notified counsel in all actions notified to the JPML to date, including potential tag-along actions, and is not aware of any party who objects to this scheduling change, *see* Jacobson Decl. ¶ 8.

    DATED this 23rd day of August, 2010.

By:    /s/ F. Wallace Pope, Jr.
        F. Wallace Pope, Jr.
        FBN: 124449
        **JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**
        P.O. Box 1368
        Clearwater, FL 33757
        (727) 461-1818
        (727) 462-0365 – fax
        *Attorneys for Defendant Transitions Optical, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

| | |
|---|---|
| In re: PHOTOCHROMIC LENS ANTITRUST LITIGATION | Case No.: 8:10-md-02173-JDW-EAJ<br>MDL Docket No. 2173 (All Cases)<br>Hon. James D. Whittemore |

## DECLARATION OF JONATHAN M. JACOBSON

I, Jonathan M. Jacobson, being at least eighteen years of age and having personal knowledge of the following, hereby state as follows:

1. I am an attorney at Wilson, Sonsini, Goodrich & Rosati, counsel of record for Transitions Optical, Inc. ("TOI").

2. I am lead counsel for TOI and am a required participant for the Initial Pre-Trial Conference in this matter, currently scheduled for October 7, 2010 at 2:00 p.m.

3. For the following reasons, I am unavailable to participate in the Conference on October 7, 2010, or any other date until October 25, 2010.

4. I am required to be in Washington, D.C. on October 7, 2010 and October 8, 2010 for oral argument in the United States Court of Appeals for the District of Columbia Circuit for another matter, *In re: Lorazepam & Clorazepate Antitrust Litigation*, No. 08-5044, to be heard the morning of October 8, 2010.

5. For the week of October 11-15, I am required to be in the San Francisco, CA area defending depositions of senior executives of Netflix, Inc., including the company's CEO, in a multidistrict class action case, *In re: Online DVD Rental Antitrust*

*Litigation*, Case No.: 4:09-md-2029 PJH, MDL No. 2029, which has a discovery deadline of October 22, 2010.

6. For the week of October 18-22, I am required to continue defending depositions of senior executives of Netflix, Inc. in the San Francisco, CA area for the same multidistrict class action case.

7. I have been advised by Michael A. Lindsay, Esq., lead counsel for Plaintiff Insight Equity A.P. X, LP, d/b/a Vision-Ease Lens Worldwide, Inc., that he is unavailable to participate in an initial pre-trial conference in this matter any date during the week of October 18-22.

8. TOI has notified counsel in all actions relating to this matter that have been notified to the JPML to date, including potential tag-along actions, and is not aware of any party who objects to this scheduling change.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

August 23, 2010                                          /s/ Jonathan M. Jacobson
                                                          Jonathan M. Jacobson

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

| | |
|---|---|
| **In re: PHOTOCHROMIC LENS ANTITRUST LITIGATION** | Case No.: 8:10-md-02173-JDW-EAJ<br><br>MDL Docket No. 2173 (All Cases)<br><br>Hon. James D. Whittemore |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to this Court's August 19, 2010 Order, on this date, I caused copies of the Transitions Optical, Inc. UNOPPOSED MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE to be served on counsel listed below via e-mail.

Dated: August 23, 2010

/s/ F. Wallace Pope, Jr.
F. Wallace Pope, Jr.

| | |
|---|---|
| Douglas C. Ross<br>Fred B. Burnside<br>John A. Goldmark<br>**Davis Wright Tremaine LLP**<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br>E-mail: douglasross@dwt.com<br>E-mail: fredburnside@dwt.com<br>E-mail: johngoldmark@dwt.com<br><br>*Counsel for Essilor of America, Inc. and Essilor Laboratories, Inc.* | Linda P. Nussbaum<br>**Nussbaum LLP**<br>88 Pine Street<br>14th Floor<br>New York NY 10005<br>Phone No.:(212) 838-7797<br>Fax No.: (212) 838-7745<br>lnussbaum@nussbaumllp.com<br><br>*Counsel for Railway Optical, Inc. dba Just Look'n Eyewear* |
| Paul R. Taylor<br>**Byrnes Keller Cromwell LLP**<br>1000 Second Ave., 38th Floor<br>Seattle, WA 98104<br>Telephone: 206-622-2000<br>Fax: 206-622-2522<br>E-mail: ptaylor@byrneskeller.com<br><br>*Counsel for Nouveau Vision and Pennachio & Fishman, M.D., P.A.* | H. Laddie Montague, Jr.<br>Bart Cohen<br>Martin Twersky<br>Merrill G. Davidoff<br>Andrew Curley<br>**Berger & Montague PC**<br>1622 Locust St.<br>Philadelphia, PA 19103<br>Telephone: 215-875-3000<br>E-mail: hlmontague@bm.net<br>E-mail: bcohen@bm.net<br>E-mail: mtwersky@bm.net<br>E-mail: mdavidoff@bm.net<br>E-mail: acurley@bm.net<br><br>*Counsel for Nouveau Vision* |
| Robert C. Josefsberg<br>Katherine W. Ezell<br>Ramon A. Rasco<br>**Podhurst Orseck, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382<br>E-mail: rjosefsberg@podhurst.com<br>E-mail: kezell@podhurst.com<br>E-mail: rrasco@podhurst.com<br><br>*Counsel for See-Mor Optical of Hewlett, Inc.* | Bernard Persky<br>Hollis Salzman<br>Kellie Lerner<br>Ryan Kriger<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>E-mail: bpersky@labaton.com<br>E-mail: hsalzman@labaton.com<br>E-mail: klerner@labaton.com<br>E-mail: rkriger@labaton.com<br><br>*Counsel for See-Mor Optical of Hewlett, Inc.* |

| | |
|---|---|
| Kenneth A. Elan, Esq.<br>217 Broadway, Suite 606<br>New York, NY 10007<br>Telephone: (212) 619-0261<br>Facsimile: (212) 385-2707<br>Email: elanfirm@yahoo.com<br><br>*Counsel for See-Mo Optical of Hewlett, Inc.* | Mark A. Griffin<br>Raymond J. Farrow<br>**Keller Rohrback P.L.C.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>Email: mgriffin@kellerrohrback.com<br>Email: rfarrow@kellerrohrback.com<br><br>*Counsel for Arthur L. Cartier Optics and Point of View, Inc.* |
| J. Douglas Richards<br>Daniel A. Small<br>Kit A. Pierson<br>Benjamin D. Brown<br>Christopher J. Cormier<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: drichards@cohenmilstein.com<br>Email: dsmall@cohenmilstein.com<br>Email: kpierson@cohenmilstein.com<br>Email: bbrown@cohenmilstein.com<br>Email: ccormier@cohenmilstein.com<br><br>*Counsel for Arthur L. Cartier Optics* | Mark Samson<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>Email: msamson@kellerrohrback.com<br><br>*Counsel for Arthur L. Cartier Optics* |
| Raymond T. Elligett, Jr.<br>**Buell & Elligett, P.A.**<br>3003 W. Azeele Street, Suite 100<br>Tampa, FL 33609<br>Telephone: (813) 874-2600<br>Facsimile: (813) 874-1760<br>Email: elligett@belawtampa.com<br><br>*Counsel for B & B Eyes, Inc.* | Gregory P. Hansel<br>Randall B. Weill<br>**Preti, Flaherty, Beliveau & Pachios, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>*Counsel for B & B Eyes, Inc.* |
| Noah Shube<br>**The Law Offices of Noah Shube**<br>434 Broadway, Sixth Floor<br>New York, NY 10013<br>Telephone: (212) 274-8638<br>Email: nshube@nsfirm.com<br><br>*Counsel for B & B Eyes, Inc.* | Roberta D. Liebenberg<br>Donald R. Perelman<br>Ria C. Momblanco<br>**Fine, Kaplan and Black, R.P.C.**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 567-6565<br>Facsimile: (215) 568-5872<br>E-mail: rliebenberg@kaplanfox.com<br>E-mail: dperelman@kaplanfox.com<br>E-mail: rmomblanco@kaplanfox.com<br><br>*Counsel for First Image Optical* |

| | |
|---|---|
| Leonard S. Englander<br>John W. Waechter<br>D. Michael Arendall<br>**Englander & Fischer, P.A.**<br>721 First Avenue North<br>St. Petersberg, FL 33701<br>Telephone: (727) 898-7210<br>E-mail: lenglander@efpalaw.com<br>E-mail: jwaechter@efpalaw.com<br>E-mail: marendall@efpalaw.com<br><br>*Counsel for Railway Optical, Inc. and First Image Optical* | Robert N. Kaplan<br>**Kaplan Fox & Kilsheimer, LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br>E-mail: rkaplan@kaplanfox.com<br><br>*Counsel for Railway Optical, Inc.* |
| Michael E. Criden<br>Kevin B. Love<br>**Criden & Love, P.A.**<br>7301 S.W. 571 Street, Suite 515<br>South Miami, FL 33143<br>Telephone: (305) 357-9010<br>Facsimile: (305) 357-9050<br>E-mail: mcriden@cridenlove.com<br>E-mail: klove@cridenlove.com<br><br>*Counsel for Railway Optical, Inc., First Image Optical and Pennachio & Fishman, MD., P.A.* | Peter Kohn<br>**Faruki & Faruki, LLP**<br>101 Greenwood, Ave., Suite 600<br>Jenkintown, PA 19046<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>E-mail: pkohn@farukilaw.com<br><br>*Counsel for First Image Optical* |
| Anthony J. Bolognese<br>**Bolognese & Associates, LLC**<br>Two Penn Center<br>1500 JFL Boulevard, Suite 320<br>Philadelphia, PA 19102<br>Telephone: (215) 814-6750<br>Facsimile: (215) 814-6764<br>E-mail: abolognese@bolognese-law.com<br><br>*Counsel for First Image Optical* | Jeffrey B. Gittleman<br>**Barrack Rodos & Bacine**<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br>Facsimile: (215) 963-0838<br>E-mail: jgittleman@barrack.com<br><br>*Counsel for First Image Optical* |
| Jeffrey Kodroff<br>**Spector Roseman Kodroff & Willis, P.C.**<br>1818 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>E-mail: jkodroff@srkw-law.com<br><br>*Counsel for Point Of View, Inc.* | Marc H. Edelson<br>**Edelson & Associates, LLC**<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: (215) 230-8735<br>Facsimile: (215) 230-8735<br>E-mail: medelson@edelson-law.com<br><br>*Counsel for Point of View, Inc.* |
| Joseph C. Kohn<br>William E. Hoese<br>**Kohn Swift & Graf, PC**<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>Facsimile: (215) 238-1968<br>E-mail: jkohn@kohnswift.com<br>E-mail: whoese@kohnswift.com<br><br>*Counsel for Pennachio & Fishman, M.D., P.A.* | Michael J. Boni<br>**Boni & Zack, LLC**<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 882-0200<br>Facsimile: (610) 882-0206<br>E-mail: MBoni@bonizack.com<br><br>*Counsel for Point Of View, Inc.* |

| | |
|---|---|
| Dianne M. Nast<br>**RodaNast P.C.**<br>801 EsTelephonele Drive<br>Lancaster, PA 17601<br>Telephone: (717) 892-3000<br>Facsimile: (717) 892-1200<br>E-mail: dnast@rodanast.com<br><br>*Counsel for Pennachio & Fishman, MD., P.A.* | Charles Barrett<br>**Barrett & Associates, P.A.**<br>6518 Highway 100, Suite 210<br>Nashville, TN 37205<br>Telephone: (615) 515-3393<br>Facsimile: (615) 515-3395<br>E-mail: cb@barrettandassociates.net<br><br>*Counsel for Pennachio & Fishman, MD., P.A.* |
| Irwin B. Levin<br>Richard E. Shevitz<br>Scott D. Gilchrist<br>Eric S. Pavlack<br>**Cohen and Malad, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 636-6481<br>Facsimile: (317) 636-2593<br>E-mail: ilevin@cohenandmalad.com<br>E-mail: rshevitz@cohenandmalad.com<br>E-mail: sgilchrist@cohenandmalad.com<br>E-mail: cpavlack@cohenandmalad.com<br><br>*Counsel for Central Illinois Vision Associates, Ltd. ("CIVA")* | Stephen D. Susman<br>Barry C. Barnett<br>Warren T. Burns<br>**Susman Godfrey, LLP**<br>901 Main St., Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1903<br>Facsimile: (214) 754-1933<br>E-mail: ssusman@susmangodfrey.com<br>E-mail: bbarnett@susmangodfrey.com<br>E-mail: wburnes@susmangodfrey.com<br><br>*Counsel for Central Illinois Vision Associates, Ltd. ("CIVA")* |
| Herman Joseph Russomanno<br>Herman Joseph Russomanno, III<br>Robert John Borrello<br>**Russomano & Borello, P.A.**<br>Museum Tower, Penthouse 2800<br>150 W Flagler Street<br>Miami, FL 33130<br>Telephone: (305) 373-2.101<br>Facsimile: (305) 373-2103<br>Email: hrussomanno@russomanno.com<br>Email: herman2@russomanno.com<br>Email: rborrello@russomanno.com<br><br>*Counsel for Gary Stevens Eyes, Inc.* | Daniel Hume<br>David E. Kovel<br>**Kirby McInerney LLP**<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br>E-mail: dhume@kmllp.com<br>E-mail: dkovel@kmllp.com |
| Michael D. Hausfeld<br>**Hausfeld LLP**<br>1700 K Street, NW<br>Suite 650<br>Washington, DC 20006<br>Telephone (202) 540-7200<br>Fax: (202) 540-7201<br>Email: mhausfeld@hausfeldllp.com<br><br>*Counsel for Carmel Mountain Vision Care* | Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>**Spector Roseman Kodroff & Willis, P.C.**<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: 275-496-0300<br>Fax: 275-496-6611<br>Email: espector@srkw-law.com<br>Email: bcaldes@srkw-law.com<br>Email: jspector@srkw-law.com<br><br>*Counsel for Carmel Mountain Vision Care* |

4

| | |
|---|---|
| Brian P. Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Ave, 8th floor<br>New York, NY 10016<br>Telephone.:212-682-1818<br>Fax:212-682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>*Counsel for Carmel Mountain Vision Care* | Ben Barrow<br>Blake A. Strautins<br>**Barnow and Associates, PC.**<br>1 North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 621-2000<br>Facsimile: (312) 641-5504<br>E-mail: b.barnow@barnowlaw.com<br>E-mail: b.strautins@barnowlaw.com<br><br>*Counsel for Axhi Sabani, Amanda Gable, William G. Cadzow and DeWayne Blake* |
| Guri Ademi<br>Shpetim Ademi<br>David J. Syrios<br>**Ademi & O'Reilly LLP**<br>3620 Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br>Facsimile: (414) 482-8001<br>E-mail: gademi@ademilaw.com<br>E-mail: sademi@ademilaw.com<br>E-mail: dsyrios@ademilaw.com<br><br>*Counsel for Axhi Sabani and Amanda Gable* | Mark A. Maasch<br>**Turner & Maasch, Inc.**<br>550 West C Street, Suite 1150<br>San Diego, CA 92101<br>Telephone: (619) 237-1212<br>Facsimile: (619) 237-0325<br>E-mail: mam@tmsdlaw.com<br><br>*Counsel for Amanda Gable* |

| | |
|---|---|
| Michael Louis Kelly<br>Behram V. Parekh<br>Heather M. Peterson<br>**Kirtland and Packard**<br>2361 Rosecrans Avenue, 4th Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Facsimile: (310) 536-1001<br>E-mail: mlk@kirtlandpackard.com<br>E-mail: bvp@kirtlandpackard.com<br>E-mail: hmp@kirtlandpackard.com<br><br>*Counsel for Amanda Gable* | Burton H. Finkelstein<br>Richard M. Volin<br>Rosalee B. Connell<br>Eugene J. Benick<br>**Finkelstein Thompson LLP**<br>1050 30th Street, NW<br>Washington, D.C. 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br>E-mail: bfinkelstein@finkelsteinthompson.com<br>E-mail: rvolin@finkelsteinthompson.com<br>E-mail: rconnell@finkelsteinthompson.com<br>E-mail: ebenick@finkelsteinthompson.com<br><br>*Counsel for William G. Cadzow and Howard Achtman* |
| Sarah Clasby Engel, P.A.<br>Howard M. Bushman, P.A.<br>**Harke & Clasby LLP**<br>155 S Miami Ave, Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8220<br>Facsimile: (305) 536-8229<br>E-mail: sengel@harkeclasby.com<br>E-mail: hbushman@harkeclasby.com<br><br>*Counsel for Howard Achtman* | Scott Dimond<br>David Alan Rothstein<br>**Dimond Kaplan & Rothstein, P.A.**<br>Offices at Grand Bay Plaza<br>2665 South Bayshore Drive, PH-2B<br>Miami, FL 33133<br>Telephone: (305) 374-1920<br>Facsimile: (305) 374-1961<br>E-mail: sdimond@dkrpa.com<br>E-mail: drothstein@dkrpa.com<br><br>*Counsel for Howard Achtman* |

| | |
|---|---|
| Susan G. Kupfer<br>Joseph Barton<br>Mona Kashani<br>**Glancy Binkow & Goldberg LLP**<br>One Embarcadero Center, Suite 760<br>San Francisco, CA 94111<br>Telephone: (415) 972-8160<br>Facsimile: (415) 972-8166<br>E-mail: skupfer@glancylaw.com<br>E-mail: jbarton@glancylaw.com<br>E-mail: mkashani@glancylaw.com<br><br>*Counsel for John Donohoe and Caryl O'Keefe* | Michael L. Roberts<br>**Roberts Law Firm**<br>20 Rahling Circle<br>P.O. Box 241 790<br>Little Rock, AR 72223<br>Telephone: (501) 821-5575<br>Facsimile: (501) 821-4474<br>E-mail: robertslawfirm@aristotle.net<br><br>*Counsel for Howard Achtnzan and De Wayne Blake* |
| Steven A. Schwartz<br>Benjamin F. Johns<br>**Chimicles & Tikellis LLP**<br>361 West Lancaster Avenue<br>Naverford, PA 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>E-mail: SteveSchwartz@chimicles.com<br>E-mail: BenJohns@chimicles.com<br><br>*Counsel for Optical Supply, Inc.* | Zack M Azar Esq.<br>**Azar & Azar, LLC**<br>4276 Lomac St.<br>Montgomery, AL 361 06<br>Telephone: (334) 265-855 1<br>Facsimile: (334) 264-9453<br>E-mail: zazar@azarlaw.com<br><br>*Counsel for Optical Supply, Inc.* |
| William D. Azar<br>**William Azar Attorney, P.C.**<br>800 South McDonough Street, Suite 105<br>Montgomery, AL 36104<br>Telephone: (334) 269-9700<br>Facsimile: (334) 263-3988<br>E-mail: wdazar@al-lawyers.com<br><br>*Counsel for Optical Supply, Inc.* | Christopher Casper<br>**James, Hoyer, Newcomer & Smiljanich, P.A.**<br>One Urban Bank Centre, Suite 550<br>Tampa, FL 33609<br>Telephone: (813) 286-4100<br>Facsimile: (813) 286-4174<br>Email: ccasper@jameshoyer.com<br><br>*Counsel for Gabby Klein* |
| Michael M. Buchman<br>**Pomerantz Haudek Grossman & Gross LLP**<br>100 Park Avenue, 26th Floor<br>New York, NY 10117<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>E-mail: mbuchman@pomlaw.com<br><br>*Counsel for Gabby Klein* | Ralph K. Phalen<br>**Ralph K. Phalen, Attorney at Law**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Telephone: (816) 589-0753<br>Facsimile: (816) 471-1701<br>E-mail: phalenlaw@yahoo.com<br><br>*Counsel for DeWayne Blake* |
| John M. Parisi<br>**Shamberg, Johnson & Bergman, Chtd.**<br>2600 Grand Blvd., Suite 550<br>Kansas City, MO 64 10<br>Telephone: (816) 474-0004<br>Facsimile: (816) 474-0003<br>E-mail: jparisi@sjblaw.com<br><br>*Counsel for De Wayne Blake* | Donald Amamgbo<br>**Amamgbo & Associate**<br>7901 Oakport Street, Suite 4900<br>Oakland, California 94621<br>Telephone: (510) 615-6000<br>Facsimile: (510) 615-6025<br>Email: donald@amamgbolaw.com<br><br>*Counsel for Eric Terrell* |

| | |
|---|---|
| Reginald Terrell<br>**The Terrell Law Group**<br>Post Office Box 133 15, PMB #I48<br>Oakland, California 94661<br>Telephone: (5 10) 237-9700<br>Facsimile: (5 10) 237-4616<br>Email: reggiet2@aol.com<br><br>*Counsel for Eric Terrell* | Steve W. Berman<br>Anthony D. Shapiro<br>Jeffrey T. Sprung<br>**Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98 101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-mail: steve@hbsslaw.com<br>E-mail: tony@hbsslaw.com<br>E-mail: jeffs@hbsslaw.com<br>*Counsel for Dr. Robevt A. Sherman PC and Metropolitan Optical, Inc.* |
| Simon Bahne Paris<br>Patrick Howard<br>Charles Kocher<br>**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 191 03<br>Tel (215) 575-3986<br>Fax (215) 575-3894<br>E-mail: sparis@smbb.com<br>E-mail: phoward@smbb.com<br>E-mail: ckocher@smbb.com<br><br>*Counsel for Metropolitan Optical, Inc.* | Joseph T. Healey, Esq.<br>**O'Malley, Harris, Durkin & Perry, P.C.**<br>345 Wyoming Ave.<br>Scranton, PA 18503<br>Telephone: (570) 348-3711<br>Facsimile: (570) 348-4092<br>E-mail: jhealey@omalleyandharris.com<br><br>*Counsel for Metropolitan Optical, Inc* |
| F. Matthew Ralph<br>**Dorsey & Whitney LLP**<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 555402-1498<br>Telephone: (612) 492-6964<br>Facsimile: (612) 340-2868<br>E-mail: ralph.matthew@dorsey.com<br><br>*Counsel for Insight Equity A.P.X, LLP, d/b/a Vision Ease Lens Worldwide* | Michael P. Lynn<br>Christopher J. Akin<br>Richard A. Smith<br>**Lynn Tillotson Pinker & Cox, LLP**<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Telephone: (214) 981-3801<br>Facsimile: (214) 981-3839<br>E-mail: mlynn@lynnllp.com<br><br>*Counsel for Florida Optical Express, Inc.* |
| Daniel Gustafson<br>Jason S. Kilene<br>**Gustafson Gluek PLLC**<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 333-6622<br>E-Mail: dgustafson@gustafsongluek.com<br><br>*Counsel for Florida Optical Express, Inc.* | Joseph Goldberg<br>Freedman Boyd Hollander Goldberg<br>Ives & Duncan P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, New Mexico 87102<br>Telephone: (505) 244-7520<br>Facsimile: (505) 842-1925<br>E-mail: jg@fbdkaw.com<br><br>*Counsel for Florida Optical Express, Inc* |