**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL Docket No. 2173<br><br>ALL CASES<br><br>Hon. James D. Whittemore |

**DECLARATION OF CHUL PAK**

I, Chul Pak, being at least eighteen years of age and having personal knowledge of the following, hereby state as follows:

1. I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, counsel of record in this matter for Defendant Transitions Optical, Inc. ("TOI"). I am duly licensed to practice law in the state of New York. I make this declaration in support of TOI's Motion for Coordinated Case Management Schedule. I am over the age of eighteen and I have personal knowledge as to the facts set forth in this declaration. If called to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Response of Interested Party Insight Equity A.P. X, LP d/b/a Vision-Ease Lens Worldwide to Motion to Transfer and Consolidate Actions for Pretrial Proceedings, filed with the Judicial Panel of Multidistrict Litigation, in connection with *In re: Transitions Lenses Antitrust Litigation,* MDL Docket No. 2173, dated July 28, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the subpoena *duces tecum* issued to Transitions Optical, Inc. by the Federal Trade Commission in connection with FTC File No. 091-0062, as produced to Plaintiffs by TOI.

2

4. Attached hereto as Exhibit C is a true and correct copy of the Civil Investigative Demand issued to Transitions Optical, Inc. by the Federal Trade Commission in connection with FTC File No. 091-0062, as produced to Plaintiffs by TOI.

5. Attached hereto as Exhibit D is a true and correct copy of Direct Purchaser, Indirect Purchaser, and Defendants' Supplemental Case Management report, filed in the above-entitled action on October 12, 2010 (Docket No. 59).

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff Vision Ease's Supplemental Case Management Report, filed in the above-entitled action on October 13, 2010 (Docket No. 63).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 5, 2010                                              _____/s/Chul Pak_____
                                                                                              Chul Pak

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2010, I electronically filed the foregoing document and the exhibits referenced therein with the Clerk of the Court by using the CM/ECF system which will send an electronic notice to all counsel of record who are registered to receive electronic notices. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

> Donald Amamgbo
> **Amamgbo & Associate**
> 7901 Oakport Street,
> Suite 4900
> Oakland, California 94621

Dated: November 5, 2010

By: /s/ Chul Pak
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Phone: (212) 999-5800
Fax: (212) 999-5899
E-mail: cpak@wsgr.com
Counsel for Defendant Transitions Optical, Inc.