**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173<br>Case No. 8:10-md-2173-JDW-EAJ<br>Hon. James D. Whittemore |
| **This document relates to the following cases:**<br><br>Case No. 8:10-CV-1158<br>Case No. 8:10-CV-1358<br>Case No. 8:10-CV-1825<br>Case No. 8:10-CV-2089<br>Case No. 8:10-CV-2043<br>Case No. 8:10-CV-2090<br>Case No. 8:10-CV-2091<br>Case No. 8:10-CV-2418<br>Case No. 8:10-CV-1840 | |

**MOTION FOR ORAL ARGUMENT**
**ON DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(j), Defendant Transitions Optical, Inc. ("TOI"), by their undersigned counsel, respectfully requests that this Court hear oral argument on Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. In support of this motion, TOI states as follows:

1. Given the significant and complex legal issues raised in Defendant's motion to dismiss, including issues of federal antitrust principles and multiple antitrust and unfair trade practice laws of multiple states, TOI believes that argument by counsel will provide the Court with assistance in resolving the issues.

2. TOI estimates that 30 minutes of argument per side will provide sufficient time to address the issues before the Court.

WHEREFORE, TOI respectfully requests that the Court grant its motion for oral argument on Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

Dated: January 27, 2011

Respectfully submitted,

/s/ Jonathan M. Jacobson

Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Phone: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com

*Counsel for Defendant Transitions Optical, Inc.*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel has contacted opposing counsel who has indicated that he declines to join this motion.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Oral Argument on Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint to be served via ECF on this 27th day of January 2011.

Dated: January 27, 2011

/s/ Jonathan M. Jacobson
Jonathan M. Jacobson