UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL Case No. 8:10-MD-2173-T27EAJ

_____/

### ORDER

**BEFORE THE COURT** is a Motion for Leave to Withdraw as Counsel for the Direct Purchaser Plaintiffs (Dkt. 94). The motion is **GRANTED**.

Ryan G. Kriger is permitted to withdraw as counsel for See-Mor Optical of Hewlett, Inc. and the Direct Purchaser Plaintiffs and is relieved of any further responsibility in this case.

**DONE AND ORDERED** on this 28th day of January, 2011.

JAMES D. WHITTEMORE
United States District Judge

**Copies Furnished To:**
Counsel/Parties of Record