UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL Case No. 8:10-MD-2173-T27EAJ

No. 8:10-CV-2418-T-27EAJ

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff Tom Peroni's Motion to Withdraw as Plaintiff (Dkt. 96). Upon consideration, the motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 21, Plaintiff Tom is dropped as a Plaintiff in case nos. 8:10-md-2173-T27EAJ and 8:10-cv-2418-T-27EAJ. This order shall not affect whether, if an indirect purchaser end-user class is subsequently certified under Fed. R. Civ. P. 23, Tom Peroni is or is not a member of the class.

**DONE AND ORDERED** on this __28th__ day of January, 2011.

JAMES D. WHITTEMORE
United States District Judge

**Copies Furnished To:**
Counsel of Record