# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: PHOTOCHRMOIC LENS ANTITRUST LITIGATION** | **MDL CASE NO.: 8:10-md-2173-JDW-EAJ** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CARMEL MOUNTAIN VISION CARE

PLEASE TAKE NOTICE that Carmel Mountain Vision Care ("Carmel Mountain"), by its counsel, hereby voluntarily dismisses its individual claims against defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Carmel Mountain reserves its rights as an absent class member to share in any recovery in this case to which it would otherwise be entitled.

Dated: February 23, 2011

Respectfully Submitted,

**MURRAY, FRANK & SAILER LLP**
/s/ Lee Albert
Lee Albert
275 Madison Avenue, Ste. 801
New York, NY  10016
Tel: (212) 682-1818
Fax: (212) 682-1892
Email: lalbert@murrayfrank.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was filed electronically on this day using the Court's CM/ECF system, and was thereby electronically served upon all counsel of record in this case.

Dated: February 23, 2011

                                                                                        /s/ Lee Albert  
                                                                                          Lee Albert