UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | Case No. 8:10-md-2173 MDL Docket No. 2173 |
| THIS DOCUMENT RELATES TO: ALL CASES _____/ | Hon. James D. Whittemore |

## MOTION BY COHEN MILSTEIN SELLERS & TOLL PLLC FOR LEAVE TO WITHDRAW SETH R. GASSMAN INDIVIDUALLY AS COUNSEL FOR ARTHUR L. CARTIER OPTICS

Cohen Milstein Sellers & Toll PLLC, pursuant to Middle District of Florida Local Rule 2.03(b), respectfully moves for written leave of the Court to withdraw Seth R. Gassman individually as counsel of record for Plaintiff Arthur L. Cartier Optics in the above-referenced action and states:

1. Plaintiff Arthur L. Cartier Optics is represented by Cohen Milstein Sellers & Toll PLLC.

2. Seth R. Gassman, formerly an associate attorney with Cohen Milstein Sellers & Toll PLLC, appeared on behalf of Plaintiff Arthur L. Cartier Optics on October 13, 2010 (D.E. 62), pursuant to the Practice and Procedure Order entered August 19, 2010 (D.E. 12).

3. Seth R. Gassman is no longer associated with Cohen Milstein Sellers & Toll PLLC.

4. Cohen Milstein Sellers & Toll PLLC continues to represent Plaintiff Arthur L. Cartier Optics through Cohen Milstein's attorneys Benjamin D. Brown, Daniel A. Small, and J. Douglas Richards.

5. The withdrawal of Seth R. Gassman, individually, as one of the counsel for Plaintiff Arthur L. Cartier Optics will not jeopardize Plaintiffs' case or otherwise negatively impact their legal representation in this case. Nor will it result in any delay or other circumstances causing prejudice to any other party.

6. Pursuant to Local Rule 2.03(b), a copy of this Motion is being served on all counsel of record.

Accordingly, Cohen Milstein Sellers & Toll PLLC respectfully requests that the Court enter an Order directing Seth R. Gassman's withdrawal individually as counsel for Plaintiff Arthur L. Cartier Optics and discharging Seth R. Gassman from all further obligation and responsibility in these actions.

Dated: March 16, 2011                                  Respectfully submitted,

*/s/ Benjamin D. Brown*
Benjamin D. Brown
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW
Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2011, I electronically filed the foregoing Motion by Cohen Milstein Sellers & Toll PLLC for Leave to Withdraw Seth R. Gassman Individually as Counsel for Plaintiff Arthur L. Cartier Optics with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

Dated: March 16, 2011         */s/ Benjamin D. Brown*

Benjamin D. Brown
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW
Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Fax: 202-408-4699
Email: bbrown@cohenmilstein.com