## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**IN RE: PHOTOCHROMIC LENS**
**ANTITRUST LITIGATION**

                                           **MDL Case No. 8:10-MD-2173-T-27EAJ**

_____/

## ORDER

     Before the court is the parties' **Joint Motion for Entry of Stipulated Protective Order** (Dkt. 111) and proposed **Stipulated Protective Order** (Dkt. 111 Ex. 1). The parties have agreed to the terms of a protective order regarding the production of documents designated as "confidential" or "highly confidential."

     Upon consideration, it is **ORDERED** and **ADJUDGED** that the parties' **Joint Motion for Entry of Stipulated Protective Order** is **GRANTED**. The court finds good cause to issue this order. See Fed. R. Civ. P. 26(c). Additionally, the provisions of the confidentiality agreement are specifically incorporated by reference within this order (Dkt. 111 Ex. 1).

     However, notwithstanding any provision in the confidentiality agreement, nothing in this order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of Court or at trial, as such filings are subject to greater scrutiny due to the common law right to inspect and copy judicial records and public documents. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987). Further, the parties shall at all times be governed by Local Rule 1.09, M.D. Fla.

     **DONE AND ORDERED** in Tampa, Florida on this 31st day of March, 2011.

_____
ELIZABETH A JENKINS
United States Magistrate Judge