# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| This document relates to cases:<br><br>**ALL ACTIONS** | Case No. 8:10-md-02173-JDW-EAJ<br><br>Hon. James D. Whittemore<br><br>**JOINT MOTION TO MODIFY THE PROTECTIVE ORDER DATED MARCH 31, 2011 FOR THIRD-PARTY MATERIALS ONLY** |

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Paragraph 25 of the Stipulated Protective Order dated March 31, 2011 (Dkt. 111 Ex. 1 and Dkt. 112) ("Protective Order"), the parties, through their respective counsel, agree to the following Joint Motion to Modify the Protective Order dated March 31, 2011 For Third-Party Materials Only ("Modification of Protective Order").

1.  This Modification of Protective Order applies only to documents or other information produced by any non party or third party ("Third Party"); it does not amend, alter, or modify any provision of the Protective Order regarding the documents or other information produced by any party.

2.  All provisions of the Protective Order shall apply to all documents or other information produced by a Third Party, except that in addition to "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL," Third Parties may, in their sole discretion, designate their documents or other information as "HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY."

    3.    Documents or other information designated as HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY may be disclosed by the Receiving Party's outside counsel only to the following persons:

    a.    Outside counsel for any party to this action who is actively engaged in the prosecution or defense of this action and stenographical, clerical, and legal assistant employees or contractors of those attorneys whose functions require access to this information and who are bound by the terms of this Protective Order, as amended;

    b.    Outside experts or consultants retained by outside counsel such as independent technical experts, accountants, statisticians, economists, or other consultants, whose advice and consultation are being or will be used by such outside counsel in connection with this action, including their stenographic or clerical personnel who are actively assisting in the preparation of this action and who sign the Non-Disclosure Agreement attached hereto as Exhibit A, provided, however, that the parties shall not disclose materials designated as HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY to expert witnesses (other than economists, forensic accountants, and their staffs) retained for their expertise or experience relating specifically to the ophthalmic lens market, except with the prior written permission of the producing party, which shall not unreasonably withhold or delay such permission and shall not disclose the identity of such expert to any other person without written consent of the requesting party;

    c.    The Court and its authorized staff;

  d.  Court reporters, interpreters, translators, copy services, exhibit preparation services, and database and/or coding services retained on behalf of any party;

  e.  For a Third Party's production, any person employed by the producing Third Party;

  f.  Outside jury consultants, participants in jury studies, and trial consultants (including, but not limited to, graphics consultants) provided they sign the Non-Disclosure Agreement attached hereto as Exhibit A and are not permitted to take any confidential materials with them when they are done with the jury study;

  g.  Any other person that all Parties and the Third Parties have agreed to in advance in writing provided they sign the Non-Disclosure Agreement attached hereto as Exhibit A; and

  h.  For a Third Party's production, any other person that the Third Party and a Receiving Party have agreed to in advance in writing provided that person signs the Non-Disclosure Agreement attached hereto as Exhibit A.

**STIPULATED AND AGREED TO BY:**

Dated: December 23, 2011      **GLANCY BINKOW & GOLDBERG LLP**

                   s/ Susan G. Kupfer
                   Susan G. Kupfer
                   Joseph Barton
                   One Embarcadero Center, Suite 760
                   San Francisco, CA 94111
                   Tel: (415) 972-8160
                   Fax: (415) 972-8166
                   E-mail: skupfer@glancylaw.com

                   *Interim Co-Lead Counsel for Indirect Purchaser Class Plaintiffs*

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**

s/ Michael M. Buchman
Michael M. Buchman
Adam G. Kurtz
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
E-mail: mbuchman@pomlaw.com

*Interim Co-Lead Counsel for Indirect Purchaser Class Plaintiffs*

**BARNOW & ASSOCIATES, P.C.**

s/ Ben Barnow
Ben Barnow
Blake A. Strautins
One North LaSalle Street
Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 641-5504
E-mail: b.barnow@barnowlaw.com

*Interim Co-Lead Counsel for Indirect Purchaser Class Plaintiffs*

**HARKE CLASBY & BUSHMAN LLP**

s/ Lance Harke
Lance A. Harke
9699 NE Second Avenue
Miami, FL 33138
Tel: (305) 536-8220
Fax: (305) 536-8229
E-mail: LHarke@harkeclasby.com

*Interim Co-Lead Counsel for Indirect Purchaser Class Plaintiffs*

**JAMES, HOYER, NEWCOMER, SMILJANICH & YANCHUNIS, P.A.**

s/ Christopher C. Casper
Christopher C. Casper
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
E-mail: ccasper@jameshoyer.com

*Interim Liaison Counsel for Indirect Purchaser End-User Class*

**DORSEY & WHITNEY LLP**

s/ Michael Lindsay
Michael A. Lindsay
lindsay.michael@dorsey.com
F. Matthew Ralph
ralph.matthew@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel:  (612) 340-2600

*Attorneys for Plaintiff
Insight Equity A.P. X, LP, d/b/a
Vision-Ease Lens Worldwide, Inc.*

**BERGER & MONTAGUE, P.C.**

s/ Bart D. Cohen
H. Laddie Montague, Jr.
Merrill G. Davidoff
Bart D. Cohen
Jennifer MacNaughton
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
E-mail: hlmontague@bm.net

*Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

**GRANT & EISENHOFER P.A.**

s/ Linda P. Nussbaum
Linda P. Nussbaum
Robert G. Eisler
John D. Radice
Susan R. Schwaiger
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
E-mail: lnussbaum@gelaw.com

*Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

**LABATON SUCHAROW LLP**

s/ Bernard Persky
Bernard Persky
Kellie C. Lerner
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
E-mail: bpersky@labaton.com

*Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

**WILSON SONSINI GOODRICH & ROSATI PC**

s/ Chul Pak
Jonathan M. Jacobson
Chul Pak
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899
E-mail: jjacobson@wsgr.com

*Counsel for Defendant Transitions Optical, Inc.*

**JONES DAY**

s/ Julie E. McEvoy
Julie E. McEvoy
51 Louisiana Avenue NW
Washington, DC  20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
E-mail: jmcevoy@jonesday.com

*Counsel for Defendants Essilor of America, Inc. and Essilor Laboratories of America, Inc.*

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| IN RE PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| This document relates to cases: **ALL ACTIONS** | Case No. 8:10-md-02173-JDW-EAJ<br><br>Hon. James D. Whittemore |

**NON-DISCLOSURE AGREEMENT**

I have read and understand the Stipulated Protective Order and the Joint Motion to Modify the Protective Order Dated March 31, 2011 For Third-Party Materials Only (collectively, the "Stipulated Protective Order") entered in the above-captioned action. I hereby undertake and agree to abide by the terms of the Stipulated Protective Order. I understand that unauthorized disclosure of documents or information governed by the Stipulated Protective Order would constitute a violation of the Stipulated Protective Order and constitute contempt of court. Solely for purposes of enforcement of the Stipulated Protective Order as part of this action, I hereby consent to the exercise of personal jurisdiction over me by the United States District Court for the Middle District of Florida.

Dated: _____ ___, 20__

Agreed and accepted:

By: _____ _____

Name (please print): _____

Position/Title: _____

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a true and correct copy of the foregoing Joint Motion to Modify the Protective Order Dated March 31, 2011 For Third Party Materials Only to be served via ECF on this 23rd day of December 2011.

Dated: December 23, 2011                /s/   Susan G. Kupfer