UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-JDW-EAJ |
| This document relates to: | Hon. James D. Whittemore |
| ALL ACTIONS | |

### DECLARATION OF DOUGLAS HEPPER

I, DOUGLAS HEPPER, declare that I am the President and Chief Executive Officer of Vision-Ease Lens Worldwide ("Vision-Ease") and have held that position since 2004. I have also served on the Vision-Ease board of directors during the same period. If called upon, I could provide the following testimony based on personal knowledge.

1. Insight Equity A.P. X, LP ("Insight Equity") and other investors bought Vision-Ease in late 2004 in an auction sale related to the bankruptcy of Vision-Ease's former parent company, BMC Industries.

2. Since that time, Vision-Ease's owners have appointed all of Vision-Ease's outside directors. Three of Vision-Ease's outside directors – Ted Beneski, Victor Vescovo, and Conner Searcy – were appointed by Insight Equity (the "Insight Directors").

3. All of Vision-Ease's outside directors, including the Insight Directors, perform the traditional functions of outside directors. They meet regularly to receive reports from the company's full-time management, oversee management's decision on major issues,

and otherwise approve the strategic direction for the company set by management. None of Vision-Ease's outside directors, including the Insight Directors, is active in managing the company.

4. Vision-Ease was not a distressed company when it was purchased by its current owners. Vision-Ease was the primary asset of BMC Industries, it was generating profits, and it had stable, experienced management (including myself) who continue to run the company today. The Insight Directors never played a substantial role in helping to manage Vision-Ease's business.

5. Sales of non-photochromic lenses have always comprised the majority of Vision-Ease's business.

I declare and affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 9, 2012, in Ramsey, Minnesota.

_____
DOUGLAS HEPPER

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and notification and service will be provided to counsel of record via the CM/ECF notification system.

s/ F. Matthew Ralph
F. Matthew Ralph