UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL Case No. 8:10-MD-2173-T-27EAJ

_____/

ORDER

Before the Court is the parties' **Joint Report Concerning Information Filed Under Seal in Connection with Class Certification** (Dkt. 433). The parties have submitted a proposal regarding redacted filings pertinent to the pending motions for class certification.[1] The parties outline a schedule for reviewing redactions, determining what information can be unredacted, and filing revised versions of the documents on the public docket.[2]

Upon consideration, it is hereby **ORDERED and ADJUDGED** that:

(1) on or before **January 11, 2013**, each party shall provide the other parties with electronic copies of all briefs relevant to class certification showing any of its own information that it believes should remain redacted;

(2) on or before **January 18, 2013**, the party that filed each brief relevant to class certification shall file a revised redacted version of that brief;

(3) on or before **January 11, 2013**, each party shall provide the other parties with electronic copies of expert reports containing redactions of its own information that

---

[1] The two pending motions for class certification are Direct Purchaser Plaintiffs' Motion for Class Certification (Dkt. 285) and Indirect Purchaser End-User Plaintiffs' Amended Motion for Class Certification (Dkt. 290).

[2] At the December 3, 2012 hearing on the motions for class certification, the Court expressed concern about the amount of redacted material in the filings relevant to class certification.

it believes should remain redacted;

(4)     on or before **January 18, 2013**, the party that filed the expert report shall file a revised redacted version of that report;

(5)     the parties shall identify information produced by a nonparty that has been redacted in any of the briefs or expert reports and appears to be an appropriate candidate for unredaction, assemble a list of each non-party that provided such information, and identify any limitations on the disclosure of the information to which the parties previously agreed, including designation of the information under the Stipulated Protective Order as modified for third-party materials (Dkt. 203);

(6)     on or before **January 4, 2013**, each party shall designate one individual to be responsible for jointly coordinating efforts to contact nonparties whose information is slated for unredaction; and

(7)     on or before **January 9, 2013**, the parties shall provide notice and attempt to obtain any consent required to include the non-party's information in a public filing. The parties are reminded of the provisions of Local Rule 1.09(c), M.D. Fla., which limits sealing orders to one year, unless otherwise ordered for good cause.

**DONE and ORDERED** in Tampa, Florida on this 4th day of January, 2013.

ELIZABETH A JENKINS
United States Magistrate Judge