# EXHIBIT A



HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY – SUBJECT TO PROTECTIVE ORDER



# Expert Report of Lauren J. Stiroh, Ph.D.

In Re Photochromic Lens Antitrust Litigation – Achtman et al. Plaintiffs

December 3, 2012

## Materials Relied Upon by Lauren J. Stiroh, Ph.D.

**Court Documents**

First Amended Consolidated Complaint of Indirect Purchaser End-User Plaintiffs, *In Re Photochromic Lens Antitrust Litigation*, United States District Court Middle District of Florida Tampa Division, Case No. 8:10-md-2173-JDW-EAJ, November 14, 2011

**Expert Reports**

Expert Report of Lauren J. Stiroh, Ph.D., *In Re Insight Equity A.P. X., LP, d/b/a Vision-Ease Lens Worldwide v. Transitions Optical, Inc.*, December 3, 2012

Expert Report of Lauren J. Stiroh, Ph.D., *In Re Photochromic Lens Antitrust Litigation- Nouveau Vision, Inc. et al. Plaintiffs*, December 3, 2012

Expert Report of Gregory K. Leonard, Ph.D. in the Direct Purchaser Action, September 17, 2012 and accompanying production

Expert Report of Gregory K. Leonard Ph.D. in the Indirect Purchaser Action, September 17, 2012 and accompanying production

Class Certification Report of Hal J. Singer, Ph.D., June 15, 2012 and accompanying production

Merits Report of Hal J. Singer, Ph.D., September 30, 2012 and accompanying production

Expert Report of Gary French, Ph.D., October 1, 2012 and accompanying production

Declaration of Janet Netz, Ph.D., June 15, 2012 and accompanying production

Expert Report of Kenneth Baseman, October 8, 2012, Revised to Reflect Errata as of October 19, 2012 and accompanying production

Expert Report of Donald M. Nicholson, October 8, 2012 and accompanying production

**Depositions**

Deposition of Connie Achman, Vice President of Sales and Marketing at X-Cel Optical, August 29, 2012 and accompanying exhibits

Contains Highly Confidential Information – Subject to Protective Order                    Exhibit 2

Deposition of Howard Achtman, Indirect Purchaser Plaintiff, July 13, 2012 and accompanying exhibits

Deposition of Ronald Biggs, Director of Procurement at Hoya, August 21, 2012 and accompanying exhibits

Deposition of Joseph Bistricer, former President of B&B Eyes, June 13, 2012 and accompanying exhibits

Deposition of Carl Bracy, former Vice President of Marketing at Essilor of America, July 6, 2012 and accompanying exhibits

Deposition of Jean Carrier-Guillomet, President and CEO of Essilor of America, Volumes I and II, May 7, 2012 and May 8, 2012 and accompanying exhibits

Deposition of Susan Cashion, Associate Director US ECP Sales Development at TOI, June 8, 2012 and accompanying exhibits

Deposition of Scott Clarke, President of Central Illinois Vision Associates, June 20, 2012 and accompanying exhibits

Deposition of David Cole, 30 (b) (6), President at TOI, April 5, 2012 and accompanying exhibits

Deposition of David Cole, 30 (b) (6), President at TOI, August 7, 2012, Volume II and accompanying exhibits

Deposition of David Cole, 30 (b) (6), President at TOI, August 8, 2012, Volume III and accompanying exhibits

Deposition of David Cole, 30 (b) (6), President at TOI, August 9, 2012, Volume IV and accompanying exhibits

Deposition of David Cole, President at TOI, Volumes I and II, August 8, 2012 and accompanying exhibits

Deposition of David Cole, President at TOI, Volumes III and IV, August 9, 2012 and accompanying exhibits

Deposition of Robert Colucci, President of Independent Distribution Division at Essilor of America, July 20, 2012 and accompanying exhibits

Deposition of Brett Craig, former President and COO at TOI, July 31, 2012 and accompanying exhibits

Deposition of Michael Daley, former Consultant at Essilor of America, July 18, 2012 and accompanying exhibits

Contains Highly Confidential Information – Subject to Protective Order                    Exhibit 2

Deposition of Johanna DiChiara, former Account Executive at TOI, July 6, 2012 and accompanying exhibits

Deposition of Jon Donohoe, Indirect Purchaser Plaintiff, June 28, 2012 and accompanying exhibits

Deposition of Laurent Dosseville, Business Manager at TOI, June 21, 2012 and accompanying exhibits

Deposition of Paul Dougher, President of Hoya Vision Care North America, August 25, 2012 and accompanying exhibits

Deposition of Rick Elias, CEO of TOI and Senior Vice President of Optical Products and Specialty Materials at PPG, July 27, 2012 and accompanying exhibits

Deposition of Ken Engelhart, former Senior Vice President at Essilor, June 6, 2012 and accompanying exhibits

Deposition of Michael Todd Eubanks, Founder and President of Optical Supply, June 28, 2012 and accompanying exhibits

Deposition of Richard Faber, Vice President and CFO of Vision-Ease, July 10, 2012 and accompanying exhibits

Deposition of Connie Falvo, Director of External Affairs at TOI, May 22, 2012 and accompanying exhibits

Deposition of Keith Forbes, Indirect Purchaser Plaintiff, July 6, 2012 and accompanying exhibits

Deposition of Amanda Gable, Indirect Purchaser Plaintiff, July 27, 2012 and accompanying exhibits

Deposition of Timothy Gibbons, National Account Manager at Vision-Ease, July 12, 2012 and accompanying exhibits

Deposition of Real Goulet, President of Essilor Labs of America, May 15, 2012 and accompanying exhibits

Deposition of Dale Clinton Harmeier, Lab Manager at Florida Optical, June 27, 2012 and accompanying exhibits

Deposition of Derek Harris, Ph.D., Vice President of Research and Development at Vision-Ease, July 27, 2012 and accompanying exhibits

Deposition of Brian Hauser, General Manager of the US & Canada at TOI, May 24, 2012 and accompanying exhibits

Deposition of Tara Hehr, Account Executive for Managed Vision Care at TOI, June 14, 2012 and accompanying exhibits

Deposition of Scott Henning, Director of US ECP Sales and Marketing at TOI, August 17, 2012 and accompanying exhibits

Deposition of Douglas Hepper, President and CEO at Vision-Ease, July 11, 2012 and accompanying exhibits

Deposition of Douglas Hepper, President and CEO at Vision-Ease, August 1, 2012 and accompanying exhibits

Deposition of Bernadette Hiskey, Director of Product Marketing at Carl Zeiss Vision, Inc., September 19, 2012 and accompanying exhibits

Deposition of Patrick Huot, Director of Managed Care and Online Retail at TOI, May 10, 2012 and accompanying exhibits

Deposition of Gabby Klein, Indirect Purchaser Plaintiff, July 12, 2012 and accompanying exhibits

Deposition of Chris Landers, former Manager of Mid-Sized Retail at Vision-Ease, July 26, 2012 and accompanying exhibits

Deposition of Grady Lenski, Managing Director of Adjacencies at TOI, August 10, 2012 and accompanying exhibits

Deposition of Jean-Marc Leroy, Vice President of Lenses at Essilor of America, June 8, 2012 and accompanying exhibits

Deposition of John Ligas, Director of Research and Development at TOI, July 20, 2012 and accompanying exhibits

Deposition of Alex Louw, Director of Sales for Lens Manufacturer and Retail and Director of Canada at TOI, May 2, 2012 and accompanying exhibits

Deposition of Timothy Mannchen, former Director of Business Development at Vision-Ease, June 1, 2012 and accompanying exhibits

Deposition of Sidney Moore, former Salesperson for the Midwest Region at Vision-Ease, June 12, 2012 and accompanying exhibits

Deposition of Ed Moores, Indirect Purchaser Plaintiff, June 26, 2012 and accompanying exhibits

Deposition of Thomas Moravec, former Senior Research Scientist at Vision-Ease, June 21, 2012 and accompanying exhibits

Contains Highly Confidential Information – Subject to Protective Order　　　　　　　　　Exhibit 2

Deposition of Michael Ness, President of Hoya Lens of America and former Vice President of Marketing and Sales at Vision-Ease, Volumes I and II, August 21, 2012 & August 22, 2012 and accompanying exhibits

Deposition of Janet Netz, Ph.D., Economic Expert, August 29, 2012 and accompanying exhibits

Deposition of Steven Nussbaumer, Executive Director for group operations in the UK and Ireland at Essilor, June 15, 2012 and accompanying exhibits

Deposition of Caryl O'Keefe, Indirect Purchaser Plaintiff, July 6, 2012 and accompanying exhibits

Deposition of Carlos Perez, former Director of Sales in North America at TOI, May 31, 2012 and accompanying exhibits

Deposition of Gen Pharm, Administrator and CEO at Florida Eye Clinic and Florida Optical Express, June 27, 2012 and accompanying exhibits

Deposition of Elliott Reshard, Strategic Accounts Manager of the Central Region at TOI, June 12, 2012 and accompanying exhibits

Deposition of Barry Resnick, Director of Marketing and Customer Support Services at Vision-Ease, June 26, 2012 and accompanying exhibits

Deposition of Barry Resnick, 30 (b) (6), Director of Marketing and Customer Support Services at Vision-Ease, July 6, 2012 and accompanying exhibits

Deposition of Karen Roberts, Vice President of Global Business Solutions and Customer Enablement at Carl Zeiss Vision, September 19, 2012 and accompanying exhibits

Deposition of Brian Keith Roller, Indirect Purchaser Plaintiff, June 22, 2012 and accompanying exhibits

Deposition of Timothy Rongstitch, Director of Sales at Vision-Ease, June 19, 2012 and accompanying exhibits

Deposition of Michael Ruggeri, Business Controller for Optical and Specialty Materials at PPG, August 15, 2012 and accompanying exhibits

Deposition of Kevin Rupp, CFO at Essilor, July 12, 2012 and accompanying exhibits

Deposition of Michael Rybacki, Senior Vice President of Sales and Marketing at Seiko, September 14, 2012 and accompanying exhibits

Deposition of Axhi Sabani, Indirect Purchaser Plaintiff, July 13, 2012 and accompanying exhibits

5

Contains Highly Confidential Information – Subject to Protective Order                                                        Exhibit 2

Deposition of Bruno Salvadori, Chairman of the Board at Signet Armorlite, July 26, 2012 and accompanying exhibit

Deposition of Scott Schaller, former Assistant Sales Manager at Essilor of America, June 29, 2012 and accompanying exhibits

Deposition of Hal Singer, Ph.D., Economic Expert, August 31, 2012 and accompanying exhibits

Deposition of Phyllis Sternemann, Indirect Purchaser Plaintiff, June 27, 2012 and accompanying exhibits

Deposition of Timothy Sutich, Owner and CEO of Nouveau Vision, June 12, 2012 and accompanying exhibits

Deposition of Rose Wallace, Associate Director of ECP Marketing at TOI, July 19, 2012 and accompanying exhibits

Deposition of Gina Wallraff, former Director of Market Analysis at Vision-Ease, July 9, 2012 and accompanying exhibits

Deposition of Eldridge Wilcox, Indirect Purchaser Plaintiff, June 20, 2012 and accompanying exhibits

**Bates Stamped Documents**

| | | |
|---|---|---|
| ESOA-01-00016724-73 | TOI_0524055-58 | TOI_1653697-705 |
| EVC-000015 | TOI_0606352-53 | TOI_1657499-998 |
| EVC-000022-23 | TOI_0611632-36 | TOI_1735792-871 |
| EVC-000036-47 | TOI_0612682-89 | TOI_1749469-78 |
| TNC_0026517 | TOI_0612784-803 | TOI_1799369-76 |
| TNC_0026523 | TOI_0721718 | TOI_1832958 |
| TNC_0026884 | TOI_0791466-86 | TOI_1949563 |
| TNC_0026877 | TOI_0829884-95 | TOI_1957493 |
| TNC_0026880 | TOI_0834212-15 | TOI_1958035 |
| TNC_0026887 | TOI_0834219-20 | VEL-MDL070552-53 |
| TNC_0026890 | TOI_0980924-98 | VEL-MDL123758 |
| TNC_0049773-74 | TOI_1131748-49 | VEL-MDL196736-37 |
| TOI_0055447-49 | TOI_1132134-35 | VEL-MDL328854 |
| TOI_0112509-10 | TOI_1134117-23 | |
| TOI_0385092-105 | TOI_1499762-90 | |

Other TOI Documents

Transitions Optical 2010 BSR Briefing Document, June 15, 2010

**Conversations**

Conversation with David Cole, November 1, 2012

Conversations with John Ligas, January 26, 2012 and October 19, 2012

**Data**

Buyer and Seller Sales Summary Data

| | |
|---|---|
| Buyer Sales 2006.csv | Seller Sales 2006.csv |
| Buyer Sales 2007.csv | Seller Sales 2007.csv |
| Buyer Sales 2008.csv | Seller Sales 2008.csv |
| Buyer Sales 2009.csv | Seller Sales 2009.csv |
| Buyer Sales 2010.csv | Seller Sales 2010.csv |
| TOIIDs with Parents.xlsx | TOI_Buying_Group_Detail.csv |

Vision-Ease Sales Data

2004 thru 2007.accdb
2008 thru 2011.accdb
Table Definitions.docx

ELOA Base Lab Data

| | |
|---|---|
| 2005Q1Base.xlsx | 2008Q1Base.xlsx |
| 2005Q2Base.xlsx | 2008Q2Base.xlsx |
| 2005Q3Base.xlsx | 2008Q3Base.xlsx |
| 2005Q4Base.xlsx | 2008Q4Base.xlsx |
| 2006Q1Base.xlsx | 2009Q1Base.xlsx |
| 2006Q2Base.xlsx | 2009Q2Base.xlsx |
| 2006Q3Base.xlsx | 2009Q3Base.xlsx |
| 2006Q4Base.xlsx | 2009Q4Base.xlsx |
| 2007Q1Base.xlsx | 2010Q1Base.xlsx |
| 2007Q2Base.xlsx | 2010Q2Base.xlsx |
| 2007Q3Base.xlsx | 2010Q3Base.xlsx |
| 2007Q4Base.xlsx | 2010Q4Base.xlsx |
| | ELOA Data.mdb |

Contains Highly Confidential Information – Subject to Protective Order                                Exhibit 2

EOA Lens Sales Data

| | |
|---|---|
| AFF 2005 Data.xls | NEP 2005 Data.xls |
| AFF 2006 Data.xls | NEP 2006 Data.xls |
| AFF 2007 Data.xls | NEP 2007 Data.xls |
| AFF 2008 Data.xls | NEP 2008 Data.xls |
| AFF 2009 Data.xls | NEP 2009 Data.xls |
| AFF 2010 Data.xls | NEP 2010 Data.xls |
| EEP 2005 Data.xls | RETAIL 2005 Data.xls |
| EEP 2006 Data.xls | RETAIL 2006 Data.xls |
| EEP 2007 Data.xls | RETAIL 2007 Data.xls |
| EEP 2008 Data.xls | RETAIL 2008 Data.xls |
| EEP 2009 Data.xls | RETAIL 2009 Data.xls |
| EEP 2010 Data.xls | RETAIL 2010 Data.xls |
| ELAC 2005 Data.xls | VX 2005 Data.xls |
| ELAC 2006 Data.xls | VX 2006 Data.xls |
| ELAC 2007 Data.xls | VX 2007 Data.xls |
| ELAC 2008 Data.xls | VX 2008 Data.xls |
| ELAC 2009 Data.xls | VX 2009 Data.xls |
| ELAC 2010 Data.xls | VX 2010 Data.xls |
| IR 2005 Data.xls | WHSL 2005 Data.xls |
| IR 2006 Data.xls | WHSL 2006 Data.xls |
| IR 2007 Data.xls | WHSL 2007 Data.xls |
| IR 2008 Data.xls | WHSL 2008 Data.xls |
| IR 2009 Data.xls | WHSL 2009 Data.xls |
| IR 2010 Data.xls | WHSL 2010 Data.xls |

TOI Sales Transactions Database

Customer_lookup.dta
MAP-027.docx
Prodtype_lookup.dta
Product Lookup - final.xlsx
Transitions_sales_2000_2011.dta

Essilor Data

Customers with Essilor Parent (from backup file essilor_lenssales_20052010).csv
Elasticity Regression Dataset.csv
EOA_Master_Dataset_2005-2012.dta
Nassau_Data_2005-2010_with costs.dta

Third Party Data

Adirondack Sales Data.xlsx

Contains Highly Confidential Information – Subject to Protective Order                                       Exhibit 2

Attachment - Transitions Lens Sales 2005 to 2011 by Brand R1.pdf
CWC-000001 2007-2009 Buy Doc 12-06.xls
CWC-000001 2007-2009 Buy Doc 12-06.xls
CWC-000002  2007-2009 Oct-07 Buy Doc T6 Jun-08.xls
CWC-000003  2009-2010 BUY DOC 6-30 Effective Dec 1-08 ~ Nov. 30-10.xls
CWC-000004  2010-2014 BUY DOC 7-28-11 Effective Dec 1-10 ~ Dec. 31-11.xls
CWC-000005  2010-2014 BUY DOC 12-22-11 Effective Jan 1-12 ~ Dec 31-12.xls
FTC info for spec 6    2005 to May 31 2009.xlsx
FTC info for spec 7   2005 to May 31 2009.xls
LUX_000867.pdf
LUX_000854.pdf
LUX_000877.pdf
LUX_000810.pdf
WM2011-24104C000836.xls
WM2011-24104C001238.xls
WM2011-24104C001260.xls
WM2011-24104C017950.xlsx
WM2011-24104C019519.xls
WM2011-24104C023858.xls
WM2011-24104C019418_HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL'S EYES ONLY_AE.xlsx
WM2011-24104C023655.xls
Legal Request 41688 Part 1.txt
Legal Request 41688 Part 2.txt
Legal Request 41689 5182012 Production.txt
Partner Lab Customer List-Aggregate.csv
Base Lab Customer List - 2005-2010-Aggregate.csv
Group C ELOA PartnerLab Regression Dataset.dta
Group C ELOA Baselab Regression Dataset.dta
Elasticity Regression Dataset.csv (was already cited for group B, is the same dataset)

National Retailer Sales Data

TOI_1478842
TOI_1596833
TOI_1842613


Vision Council Production

| | | |
|---|---|---|
| VC00000391 | VC00003837 | VC00013203 |
| VC00000417 | VC00003881 | VC00013251 |
| VC00000469 | VC00003921 | VC00013299 |
| VC00000513 | VC00003965 | VC00013348 |
| VC00000561 | VC00004009 | VC00013397 |

Contains Highly Confidential Information – Subject to Protective Order                                      Exhibit 2

| | | |
|---|---|---|
| VC00000640 | VC00004053 | VC00013446 |
| VC00000719 | VC00004097 | VC00013495 |
| VC00000798 | VC00004141 | VC00013538 |
| VC00000873 | VC00004228 | VC00013587 |
| VC00000948 | VC00004272 | VC00013700 |
| VC00001023 | VC00004322 | VC00013879 |
| VC00001098 | VC00004454 | VC00013928 |
| VC00002258 | VC00004498 | VC00013969 |
| VC00002302 | VC00004542 | VC00014018 |
| VC00002346 | VC00004586 | VC00014067 |
| VC00002390 | VC00004630 | VC00014116 |
| VC00002439 | VC00004674 | VC00014159 |
| VC00002483 | VC00004718 | VC00014208 |
| VC00002527 | VC00004762 | VC00014257 |
| VC00002571 | VC00004806 | VC00014306 |
| VC00002615 | VC00004850 | VC00014355 |
| VC00002659 | VC00004925 | VC00014404 |
| VC00002703 | VC00004965 | VC00014447 |
| VC00002747 | VC00008025 | VC00014497 |
| VC00002787 | VC00008073 | VC00014541 |
| VC00002831 | VC00008121 | VC00014592 |
| VC00002871 | VC00008121 | VC00014642 |
| VC00002915 | VC00008217 | VC00014686 |
| VC00002959 | VC00008265 | VC00014736 |
| VC00003007 | VC00008313 | VC00014786 |
| VC00003051 | VC00008361 | VC00014836 |
| VC00003095 | VC00008440 | VC00014886 |
| VC00003135 | VC00008536 | VC00014931 |
| VC00003179 | VC00008584 | VC00014981 |
| VC00003223 | VC00008632 | VC00015038 |
| VC00003267 | VC00012548 | VC00015088 |
| VC00003311 | VC00012596 | VC00015138 |
| VC00003355 | VC00012644 | VC00015243 |
| VC00003399 | VC00012692 | VC00015293 |
| VC00003443 | VC00012732 | VC00015343 |
| VC00003487 | VC00012780 | VC00015393 |
| VC00003527 | VC00012828 | VC00015438 |
| VC00003571 | VC00012868 | VC00015488 |
| VC00003611 | VC00012916 | VC00015538 |
| VC00003655 | VC00012964 | VC00015588 |

| | | |
|---|---|---|
| VC00003661 | VC00013014 | VC00015638 |
| VC00003705 | VC00013054 | VC00044542 |
| VC00003749 | VC00013107 | VC00057799 |
| VC00003793 | VC00013155 | VC00079599 |

**Publicly Available Information**

Court Cases

*Omega Environmental Inc., et al. v. Gilbarco, Inc., et. al.*, 127 F.3d 1157 (9th Cir. 1997)

Order in the matter of *In Re Live Concert Antitrust Litigation, United States District Court for the Central District of California*, March 23, 2012

*U.S. v. du Pont De Nemours and Co.*, 351 U.S. 377, 76 S.Ct. 994 (1956)

Data

US Bureau of Labor Statistics: Producer Price Index – Commodity Series [Series ID = WPU66]

Literature

"2012 Consumer Perceptions of Managed Vision Care," *Jobson Optical Research*, 2012

Carlton, Dennis and Jeffrey Perloff. Modern Industrial Organization. 4th ed. New York: Addison-Wesley, 2005

Dickey, Bret and Daniel Rubinfeld, "Antitrust Class Certification: Towards an Economic Framework," *NYU Annual Survey of American Law*, 66 (2011): 459-486

Garbacz, Christopher and Herbert Thompson Jr., "Demand for Telecommunication Services in Developing Countries," *Telecommunications Policy*, 31, no. 5 (2007)

Hochberg, Yosef and Ajit Tamhane. Multiple Comparison Procedures. 1st ed. New York: Wiley & Sons, 1987

Jaegher, Kris de, "Asymmetric Substitutability: Theory and Some Applications," *Economic Inquiry*, 47, no. 4 (October 2009): 838-855

Johansen, Soren, "Estimation and Hypothesis Testing of Cointegration Vectors in Gaussian Vector Autoregressive Models," *Econometrica*, 59, no. 6 (November, 1991): 1551-1580

Moulton, Brent, "An Illustration of a Pitfall Estimating the Effects of Aggregate Variables in Micro Units," *The Review of Economics and Statistics*, 72, no.2 (May 1990): 334-338

Pindyck, Robert and Daniel Rubinfeld. Econometric Models Economic Forecasts. 4th ed. McGraw Hill, 1998

Pleatsikas, Christopher and David Teece, "The Analysis of Market Definition and Market Power in the Context of Rapid Innovation," *International Journal of Industrial Organization*, 19 (2001): 665-693

Posner, Richard. Antitrust Law. 2nd ed. Chicago: University of Chicago Press, 2001

Steuer, Richard, "Exclusive Dealing in Distribution," *Cornell Law Review*, 69 (1983-84): 101-134

Stigler, George and Robert Sherwin, "The Extent of the Market," *Journal of Law and Economics*, 28, no. 3 (1985): 555-585

Stock, James and Mark Watson. Introduction to Econometrics. Boston: Pearson Education, Inc., 2003

US Department of Justice and Federal Trade Commission, "*Horizontal Merger Guidelines*," issued August 19, 2010

Varian, Hal. Intermediate Microeconomics, A Modern Approach. 5th ed., New York: W.W. Norton & Company, 1999

Woolridge, Jeffrey. Introductory Econometrics A Modern Approach. 4th ed. Ohio: South Western Cengage, 2009

Websites

"AARP Website," available at http://discounts.aarp.org/offer/aarp-vision-discounts-program/deal/77265/uSource/OLO, accessed November 20, 2012

"About PPG Industries," available at www.ppg.com/en/ourcompany/Pages/default.aspx, accessed November 28, 2012

"About Us," available at www.eloa.com/About+Us/, accessed October 15, 2012

"About VSP," available at https://www.vsp.com/about-vsp.html, accessed November 28, 2012

"Abstract: The 21[st] Century," available at http://vision.zeiss.com/about-us/en_de/company-history/abstract_the_21st_century.html, accessed November 13, 2012

"AugenSOL Photochromic Lenses: A New Brand of Photochromic Performance," available at http://www.midwestlens.com/blogger/2011/06/augensol-photochromic-lenses-a-new-brand-of-photochromic-performance/, accessed November 13, 2012

"Company History," available at http://www.transitions.com/aboutcompany/history.aspx, accessed October 15, 2012

"Company Information," available at http://en-us.transitions.com/en/media/Pages/CompanyInformation.aspx, accessed October 15, 2012

"Essilor USA Organization," available at www.essilorusa.com/EN/aboutus/EssilorUSAPages/Organization.aspx, accessed November 28, 2012

"Essilor USA The Leader in Optical Lenses," available at www.essilorusa.com/EN/aboutus/EssilorUSA/Pages/default.aspx, accessed October 15, 2012

"Eye Didn't Know That!" available at http://www.eyedidntknowthat.info/about/, accessed October 15, 2012

"Eyeglass Coatings: Anti-Reflective, Scratch Resistant, Anti-For and UV," available at http://www.allaboutvision.com/lenses/coatings.htm, accessed November 12, 2012

"Focal Point – Photochromic Lenses: Success Through Balance," available at http://www.essilortransitions.com/resources/essilor-focalpoint.pdf, accessed November 13, 2012

"Glossary," available at http://www.vision-ease.com/home/consumers/glossary.aspx?letter=l, accessed October 26, 2012

"Leading Retailers Climb to a New Sales Record," available at http://www.visionmonday.com/CMSDocuments/2012/5/cover_story_VM051412.pdf, accessed November 12, 2012

"Photochromic Lenses: An Overview of Transitions and Other Photochromic Brands," http://www.allaboutvision.com/lenses/photochromic.htm, accessed November 12, 2012

"Polarized Sunglasses," available at http://www.allaboutvision.com/sunglasses/polarized.htm, accessed November 12, 2012

"Polycarbonate vs. Trivex Eyeglass Lenses – Which is Right for You?" available at http://www.allaboutvision.com/lenses/polycarb.htm, accessed on November 12, 2012

"Shop by Brand: Low to High," available at http://www.framesdirect.com/eyewear-category/eyeglasses.html, accessed November 11, 2012

"Sport Sunglasses: Controlling Light, Enhancing Performance," available at www.allaboutvision.com/sportsvision/sports-sunglasses.htm, accessed November 28, 2012

"The Benefits of Transitions® Adaptive Lenses," available at http://en-us.transitions.com/en/explore/see-the-difference.aspx, accessed on September 6, 2012

"Vision-Ease Lens Introduces LifeRx FSV," http://www.vision-ease.com/home/about-us/news/mid/582/newsid582/42.aspx, accessed October 26, 2012

"Vision-Ease Lens Introduces LifeRx® Light Responsive D35 Bifocal," http://www.vision-ease.com/home/about-us/news/mid/582/newsid582/28.aspx, accessed October 26, 2012

"Vision-Ease Lens Introduces New LifeRx Light-Responsive Trifocal," available at http://www.vision-ease.com/home/about-us/news/mid/582/newsid582/17.aspx, accessed October 26, 2012

"Vision-Ease Lens Intros LifeRX D28 Line," http://www.visionmonday.com/Default.aspx?TabId=211&content_id=28275&SkinSrc=[L]Skins/VM2007/PagePrint&ContainerSrc=[L]Containers/VM2007/SimpleContainer&dnnprintmode=true, accessed October 26, 2012

"VSP's Website," available at https://visionplans.vsp.com/vsp-plans.html?WT.ac=tn-vspplans, accessed December 1, 2012