**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION** | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-JDW-EAJ |
| **This document relates to the following cases:** | Hon. James D. Whittemore |
| 8:10-cv-0984-T-27<br>8:10-cv-1850-T-27<br>8:10-cv-2042-T-27<br>8:10-cv-2051-T-27<br>8:10-cv-2171-T-27 | |

**REQUEST FOR ORAL ARGUMENT ON**
**DIRECT PURCHASER PLAINTIFFS' OBJECTIONS TO THE REPORT AND**
**RECOMMENDATION TO DENY CLASS CERTIFICATION**

Direct Purchaser Plaintiffs respectfully request the Court hear oral argument on their Objections to the Report and Recommendation to Deny Class Certification (Dkt. 486). In view of the crucial importance of class certification to this litigation, the complexity of the issues, and the voluminous record before the Court, Plaintiffs believe allowing the parties the opportunity to answer the Court's questions and clarify the issues would benefit the resolution of Plaintiffs' Objections.

Dated: March 26, 2013

Respectfully submitted,

/s/ Jennifer MacNaughton
H. Laddie Montague, Jr.
Bart D. Cohen
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
E-mail: jmacnaughton@bm.net


/s/ Linda P. Nussbaum
Linda P. Nussbaum
Susan R. Schwaiger
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Phone: (646) 722-8500
Fax: (646) 722-8501
E-mail: lnussbaum@gelaw.co


/s/ Gregory Asciolla
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
E-mail: bpersky@labaton.com

*Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Request for Oral Argument on Direct Purchaser Plaintiffs' Objections to the Report and Recommendation to Deny Class Certification was served on all counsel of record via ECF.

Dated: March 26, 2013

**BERGER & MONTAGUE PC**

/s/ *Jennifer MacNaughton*
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604
jmacnaughton@bm.net

Interim Co-Lead Counsel for the
Direct Purchaser Plaintiffs