# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| This document relates to: | Case No. 8:10-md-2173-JDW-EAJ |
| Case No. 8:10-CV-1158<br>Case No. 8:10-CV-1358<br>Case No. 8:10-CV-1825<br>Case No. 8:10-CV-1840<br>Case No. 8:10-CV-2089<br>Case No. 8:10-CV-2090<br>Case No. 8:10-CV-2091<br>Case No. 8:10-CV-2418<br>Case No. 8:10-CV-0984<br>Case No. 8:10-CV-1850<br>Case No. 8:11-CV-2042<br>Case No. 8:10-CV-2051<br>Case No. 8:10-CV-2171 | Hon. James D. Whittemore<br>Hon. Elizabeth A. Jenkins |

## DEFENDANT TRANSITIONS OPTICAL, INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Transitions Optical, Inc. respectfully submits a copy of the slip opinion issued by the U.S. Supreme Court in *Comcast Corp. v. Behrend*, No. 11-864, 569 U.S. ___ (2013), in further support of its oppositions to the pending motions for class certification. *See* Defendant Transitions Optical, Inc.'s Opposition to Indirect Purchaser Plaintiffs' Motion for Class Certification, Dkt. No. 323; Defendants' Opposition to Direct Purchaser Plaintiffs' Motion for Class Certification, Dkt. No. 324. The Supreme Court's decision is relevant to the standards for certifying class actions in

antitrust cases under Federal Rule of Civil Procedure 23(b)(3). A copy of the opinion is attached hereto as Exhibit A.

Dated: March 27, 2013

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Jonathan M. Jacobson
    Jonathan M. Jacobson

Chul Pak
Daniel P. Weick
Tiffany L. Lee
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

Lisa A. Davis
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 320-4526
Facsimile: (650) 493-6811
Email: ldavis@wsgr.com

*Attorneys for Defendant Transitions Optical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Supplemental Authority to be served via ECF on this 27th day of March 2013.

Dated:  March 27, 2013

/s/ Jonathan M. Jacobson