**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION** | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-JDW-EAJ |
| **This document relates to the following cases:** | Hon. James D. Whittemore |
| Case No. 8:10-CV-0984 | Hon. Elizabeth A. Jenkins |
| Case No. 8:10-CV-1850 | |
| Case No. 8:10-CV-2042 | |
| Case No. 8:10-CV-2051 | |
| Case No. 8:10-CV-2171 | |

**LOCAL RULE 3.01(g) CERTIFICATION**

In compliance with Rule 3.01(g) of the Local Rules for the United States District Court for the Middle District of Florida, the undersigned counsel certifies that he has conferred with counsel for the Direct Purchaser Plaintiffs regarding the relief requested in the Unopposed Motion to Seal Defendants' Response & Supporting Exhibits to Direct Purchaser Plaintiffs' Objections to the Report & Recommendation to Deny Class Certification by Defendant Transitions Optical, Inc., and that those parties do not oppose the motion.

                                                  Respectfully submitted,

Dated: April 9, 2013                 WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation

                                                  <u>s/ Daniel P. Weick</u>
                                                      Daniel P. Weick
                                                1301 Avenue of the Americas
                                                New York, NY 10019
                                                Telephone: (212) 999-5800
                                                Facsimile: (212) 999-5899
                                                Email: dweick@wsgr.com

                                                *Attorneys for Defendant Transitions Optical, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Local rule 3.01(g) Certification to be served via ECF on this 9th day of April 2013.

Dated: April 9, 2013

/s/ Jonathan M. Jacobson
Jonathan M. Jacobson