UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-JDW-EAJ |
| This document relates to the following cases: | Hon. James D. Whittemore |
| 8:10-cv-0984-T-27<br>8:10-cv-1850-T-27<br>8:10-cv-2042-T-27<br>8:10-cv-2051-T-27<br>8:10-cv-2171-T-27 | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY**

Direct Purchaser Plaintiffs hereby submit a copy of this Court's opinion in ***Brinker v. Chicago Title Insurance Co.***, Case No. 8:10-cv-1199, 2012 U.S. Dist. LEXIS 44486 (M.D. Fla. Mar. 29, 2012) (Whittemore, J.), in further support of their Objections to the Report and Recommendation to Deny Class Certification (Dkt. 486), filed on March 26, 2013.  The Court's decision is relevant to the issue of adequacy under Rule 23(a)(4) of the Federal Rules of Civil Procedure.  A copy of the Opinion of the Court is attached hereto as Exhibit A.

Dated: May 7, 2013

Respectfully Submitted.

/s/ H. Laddie Montague, Jr.

H. Laddie Montague, Jr.
Bart D. Cohen
Jennifer MacNaughton
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
E-mail: bcohen@bm.net

Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Phone: (646) 722-8500
Fax: (646) 722-8501
E-mail: lnussbaum@gelaw.com

Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
E-mail: gasciolla@labaton.com

***Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing notice and accompanying exhibit to be served electronically on counsel for all parties via the Court's CM/ECF system.

Dated: May 7, 2013

/s/ Linda P. Nussbaum