# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | : : : : | Docket No. 10-md-02173-JDW-EAJ<br>Honorable James D. Whittemore |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : | |

## MOTION FOR LEAVE TO WITHDRAW
## MICHAEL TARRINGER INDIVIDUALLY AS COUNSEL
## FOR THE DIRECT PURCHASER PLAINTIFFS

Attorney Michael Tarringer, pursuant to Middle District of Florida Local Rule 2.03(b), respectfully moves for written leave of the court to withdraw as counsel of record for the Direct Purchaser Plaintiffs in the above-referenced action and states:

1. The Direct Purchaser Plaintiffs in this case are represented by, among other law firms, Cafferty Clobes Meriwether and Sprengel LLP (hereinafter "Cafferty Clobes").

2. Michael Tarringer, of Cafferty Clobes, has made appearance on behalf of the Direct Purchaser Plaintiffs.

3. Michael Tarringer will no longer be associated with Cafferty Clobes, effective June 7, 2013.

4. Cafferty Clobes continues to represent the Direct Purchaser Plaintiffs through Cafferty Clobes's attorney Bryan Clobes.

5. The withdrawal of Michael Tarringer, individually, as counsel for the Direct Purchaser Plaintiffs, will not jeopardize the Direct Purchaser Plaintiffs' case or otherwise negatively impact their legal representation in this case. Nor will it result in any delay or other circumstances causing prejudice to any other party.

6. Pursuant to Local Rule 2.03(b), a copy of this Motion is being served on all counsel of record as reflected in the Certificate of Service.

Accordingly, Michael Tarringer respectfully requests that the Court enter an Order directing his withdrawal individually as counsel for the Direct Purchaser Plaintiffs and discharging Michael Tarringer from all further obligation and responsibility in these actions.

Date: May 21, 2013

        By:  /s/ *Michael Tarringer*
           Michael Tarringer
           Cafferty Clobes Meriwether and Sprengel LLP
           1101 Market Street, Suite 2650
           Philadelphia, PA 19107
           Phone: 215-864-2800

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2013, the foregoing Motion for Leave to Withdraw Michael Tarringer Individually as Counsel for The Direct Purchaser Plaintiffs was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via the Court's Official Court Electronic Document Filing System.

*/s/ Michael Tarringer*