UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: PHOTOCHROMIC LENS | ) | |
| ANTITRUST LITIGATION | ) | MDL Docket No. 2173 |
| | ) | |
| _____ | ) | |
| | ) | Case No. 8:10-MD-2173-JDW-EAJ |
| This Filing Relates To: | ) | |
| | ) | |
| Case No. 8:10-CV-1158 | ) | Hon. James D. Whittemore |
| Case No. 8:10-CV-1358 | ) | |
| Case No. 8:10-CV-1825 | ) | Hon. Elizabeth A. Jenkins |
| Case No. 8:10-CV-1840 | ) | |
| Case No. 8:10-CV-2089 | ) | |
| Case No. 8:10-CV-2090 | ) | |
| Case No. 8:10-CV-2091 | ) | |
| Case No. 8:10-CV-2418 | ) | |
| _____ | ) | |

**DECLARATION OF ERICH P. SCHORK**

I, Erich P. Schork, declare as follows:

1.      I am an associate with the law firm of Barnow and Associates, P.C. I am duly

licensed to practice law in the State of Illinois. I am one of counsel of record in this matter for

Plaintiff Axhi Sabani, and Ben Barnow of Barnow and Associates, P.C., is one of Interim Co-

Lead Counsel for the Putative Indirect Purchaser End-User Class. I am familiar with the facts of

this litigation and submit the following in support of Indirect Purchaser End-User Plaintiffs'

Objections to the Magistrate Judge's Report and Recommendation.

2.      Attached hereto as Exhibit A is a true and correct copy of selected portions of the

Second Report of Gary L. French, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   June 7, 2013

/s/ Erich P. Schork

Erich P. Schork