IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br>PHOTOCHROMIC LENS ANTITRUST<br>LITIGATION | MDL Docket No. 2173<br>Case No.8:10-MD-2173-JDW-EAJ<br>Hon. James D. Whittemore |
| This Document Relates to:<br><br>INDIRECT PURCHASER END-USER<br>ACTIONS | |

**SECOND REPORT**

**of**

**GARY L. FRENCH, Ph.D.**

HIGHLY CONFIDENTIAL: OUTSIDE COUNSEL EYES ONLY
SUBJECT TO STIPULATED PROTECTIVE ORDER, DOCKET 111-1, 112, 203, 206
AND FURTHER REVIEW PROCEDURE AND MOTION TO FILE UNDER SEAL

clustered standard errors.[187] The paper that Dr. Stiroh cites as a justification for using clustered standard errors, authored by Brett Moulton, describes a model of cross sectional data (as opposed to panel data) which does not contain any fixed effects.

113. The product fixed effects in my models address any potential correlation among the residuals between products. Professor William Greene, a noted econometrician and the author of an econometrics textbook that has been widely used in Ph.D.-level econometrics courses, provides a common-sense approach to data issues in panel data.[188] Panel data is a data set that contains both a cross section and a time series. An example of a cross-sectional data set is the population of each state during 2004. An example of a time series data set is the annual population of Florida from 2000 to 2010. A data set of the population of each state during 2000 to 2010 is a panel data set of population. Professor Greene states that, if the cross-section component of the data dominates the panel, then it is appropriate to focus on data issues that affect cross-sectional data. If, on the other hand, the time series is the more significant dimension of the panel, then time series-related data issues warrant greater attention.[189]

114. The panel of TOI's transaction data used in the regression is overwhelmingly cross-sectional: there are over 1,000 product and customer combination cross-sections compared to 12 years in the time series. Therefore, it is appropriate to rely on fixed effects to address potential cross-sectional data issues, and clustering further on products and on year as Dr. Stiroh proposes is unwarranted.

### 4. French Model Demonstrates Impact of TOI's Alleged Violations on All Lens Casters

115. The results of the overcharge analysis in the First French Report and the evidence in Appendix C of the First French Report, which illustrated that lens casters paid largely

---

[187] Kezdi, Gabor. "Robust Standard Error Estimation in Fixed-Effects Panel Models," *Hungarian Statistical Review*, Special No. 9, 2004, pp. 95-116 at 95-96. Five other papers also made adjustments to the normal standard errors, but three of the five did not report which standard error estimator was used. Although the author argues for greater use of clustered standard errors, the other 36 papers did not rely on them, as in the case of my analysis.

[188] Greene, William H. *Econometric Analysis* (Second Edition). New York: Prentice-Hall, 1990.

[189] *Id.*, pp. 444-445.

the same prices for the largest-volume common products, together demonstrate that the impact of TOI's alleged violations was common among TOI's lens caster customers. Dr. Stiroh is silent about the implications of the highly uniform pricing in Appendix C of the First French Report.

116. **Exhibit 14** explicitly shows that lens casters sustained overcharges from TOI's alleged misconduct. It presents lens caster-specific estimated overcharge coefficients, by year, for each of TOI's largest lens caster customers with sufficient data. Based on **Exhibit 14**, with the exceptions of Microvision Optical and REM Eyewear, which together purchased fewer than 15,500 lenses from TOI during the damage period, all of the listed lens casters were overcharged at some point during the class period. There were insufficient data to estimate customer-specific annual overcharge coefficients for LensCrafters, Tecnol North America, Sola, Tecni-Lens, Vision-Ease, and Oracle Lens Manufacturing.[190]

117. Dr. Stiroh claims that the results of Models 1 and 2 in the First French Report are averaged across customers. In support of her contention, she references a statement that "averaging the variable(s) measuring impact will fail to provide a correct estimate of the individual effects."[191] Here, Dr. Stiroh is both mathematically and factually incorrect. First, the regression results of Models 1 and 2 in the First French Report are based on TOI's pooled lens caster purchase data. Although a single overcharge coefficient is estimated for each year of the misconduct period, the results are not averaged across the lens casters. So her statement is mathematically inaccurate. Similarly, the statement she references about averaging variables is completely irrelevant, because my analysis uses sales order-level prices, which are not averaged across lens casters. Based on analysis and data presented in the First French Report and the results tabulated in **Exhibit 14** to this report, I continue to conclude that TOI's first purchasers suffered impact from its alleged monopolization. To the extent that the overcharges to first purchasers were passed through to final purchasers, the members of

---

[190] TOI transaction data report no sales to these customers during the benchmark period.

[191] Stiroh, ¶ 208.

the proposed indirect purchaser class were also impacted. As discussed below, the amount of the overcharges to lens casters that were passed through to end consumers was at least 100 percent.

### 5. Demand is Appropriately Specified

118. In the First French Report, demand is appropriately measured using the U.S. population over 50, which is consistent with the IBIS Report's analysis that this population segment drives demand for photochromic lenses. The results of the first purchaser overcharge analysis are robust to an alternative measure, an annual time trend.

119. To further examine the robustness of our results to measures of demand, the net price model has been enlarged to include monthly per capita disposable income as an explanatory variable (**Model B**). The data series is plotted in **Exhibit 15**. Regression results for **Model B**, shown in column (B) of **Exhibit 13**, demonstrate that the estimated overcharge results are robust to the additional measure of demand. The estimated overcharge coefficient is approximately one percentage point higher during some years when per capita disposable income is included as a demand variable. Alternative estimates of first purchaser overcharges, based on 2000-2011 net prices and the additional measure of demand, are detailed in **Exhibits 16a and 16b**, respectively.

B. **Empirical Evidence Demonstrates That Overcharges Experienced by Lens Casters Were Passed Through to End-User Consumers**

### 1. Analysis of Wal-Mart and Sam's Club Pricing Demonstrates 100 Percent Pass-Through of TOI's Overcharge to End-User Consumers

120. The First French Report addressed the question of whether TOI's overcharge to lens casters was passed through to end-user consumers of Transitions lenses by examining Wal-Mart's and Sam's Club's retail price data. As described in the First French Report, among the substantial third-party information that plaintiffs' discovery efforts have yielded, the Wal-Mart and Sam's Club data are, by far, the most complete and detailed set of retail sales data. They report daily sales by product and store and are suitable for

57

**Exhibit 14. Regression Results Demonstrating Impact on First Purchasers**

| Year | Essilor | Carl Zeiss | Younger | X-Cel | Hoya | Seiko | Shamir | Augen |
|---|---|---|---|---|---|---|---|---|
| 2000 | 0.103 *** | 0.069 *** | 0.124 *** | 0.115 *** | | 0.183 *** | 0.013 | 0.085 *** |
| | (25.5) | (17.2) | (28.5) | (26.6) | | (13.0) | (0.5) | (9.2) |
| 2001 | 0.068 *** | 0.020 *** | 0.081 *** | 0.078 *** | | 0.289 *** | | -0.063 *** |
| | (18.2) | (5.6) | (20.4) | (19.8) | | (24.8) | | (-6.6) |
| 2002 | 0.061 *** | 0.018 *** | 0.081 *** | 0.077 *** | 0.079 *** | 0.275 *** | 0.175 *** | -0.247 *** |
| | (18.0) | (5.5) | (22.4) | (21.3) | (6.1) | (24.3) | (6.5) | (-23.6) |
| 2003 | 0.061 *** | 0.033 *** | 0.087 *** | 0.064 *** | 0.083 *** | | 0.154 *** | -0.242 *** |
| | (20.0) | (11.0) | (25.8) | (18.6) | (8.5) | | (18.4) | (-12.1) |
| 2004 | 0.056 *** | 0.029 *** | 0.079 *** | 0.049 *** | 0.073 *** | | 0.150 *** | |
| | (20.6) | (11.1) | (26.6) | (15.7) | (11.0) | | (21.1) | |
| 2005 | 0.049 *** | 0.003 | 0.074 *** | 0.060 *** | 0.068 *** | 0.220 *** | 0.102 *** | |
| | (20.9) | (1.2) | (28.5) | (21.7) | (18.7) | (39.1) | (13.1) | |
| 2006 | 0.031 *** | 0.002 | 0.058 *** | 0.037 *** | 0.047 *** | 0.372 *** | 0.052 *** | |
| | (15.6) | (0.9) | (25.7) | (14.7) | (17.1) | (67.7) | (8.4) | |
| 2007 | 0.003 | -0.008 *** | 0.054 *** | 0.027 *** | 0.035 *** | 0.366 *** | 0.047 *** | 0.021 |
| | (1.5) | (-5.5) | (28.5) | (12.5) | (14.3) | (79.3) | (11.4) | (0.6) |
| 2008 | 0.011 *** | 0.011 *** | 0.031 *** | 0.025 *** | 0.055 *** | 0.332 *** | 0.020 *** | -0.008 |
| | (9.3) | (10.2) | (20.4) | (13.6) | (32.9) | (129.2) | (9.9) | (-2.2) |
| 2009 | 0.004 *** | 0.024 *** | 0.046 *** | 0.032 *** | 0.050 *** | 0.150 *** | 0.042 *** | 0.003 |
| | (4.6) | (29.8) | (35.3) | (20.4) | (34.8) | (70.2) | (24.8) | (0.9) |
| 2010 | 0.003 *** | 0.005 *** | 0.035 *** | 0.004 | 0.034 *** | 0.061 *** | 0.037 *** | -0.003 |
| | (3.8) | (6.1) | (22.5) | (1.9) | (19.5) | (19.8) | (16.4) | (-0.9) |
| Standard Cost | 0.003 *** | | | | | | | |
| | (88.7) | | | | | | | |
| Population over 50 | 0.407 *** | | | | | | | |
| | (27.2) | | | | | | | |
| $R^2$ | 0.982 | | | | | | | |
| Number of Observations | 206,389 | | | | | | | |

Note: T-statistic is presented in parentheses below the Coefficient. Coefficient estimates for customer fixed effects and product fixed effects are not shown. *** Indicates a coefficent that is statistically significant at the 0.001 level. Statistical significance at the 0.05 level is unchanged using robust standard errors, with the exception of the following: Augen (2007 and 2010), Oakley (2005, 2007 and 2010), Optima (2007 and 2009), REM Eyewear (2009), and X-Cel (2010). The following first purchasers had no benchmark sales and therefore there were insufficient data to estimate customer-specific overcharges on their purchases: LensCrafters, Oracle Lens Manufacturing, Sola, Tecni-Lens, Tecnol North America, Vision-Ease.

**Exhibit 14. Regression Results Demonstrating Impact on First Purchasers**

| Year | Signet Armorlite | Oakley | Optima | Microvision Optical | Pixel | REM Eyewear |
|---|---|---|---|---|---|---|
| 2000 | 0.056 *** | | | | | |
|  | (6.8) | | | | | |
| 2001 | 0.016 | | | | | |
|  | (1.6) | | | | | |
| 2002 | | | | | | |
| 2003 | | | | | | |
| 2004 | | | | | | |
| 2005 | | 0.027 | 0.043 ** | | | |
|  | | (0.8) | (2.4) | | | |
| 2006 | | 0.018 ** | 0.036 ** | | | |
|  | | (2.2) | (2.7) | | | |
| 2007 | | 0.010 | 0.025 ** | | | -0.116 |
|  | | (1.0) | (2.0) | | | (-2.9) |
| 2008 | | 0.002 | -0.001 | | | -0.048 |
|  | | (0.2) | (-0.1) | | | (-1.6) |
| 2009 | | 0.001 | 0.003 | | 0.043 *** | 0.015 |
|  | | (0.1) | (0.4) | | (6.4) | (0.5) |
| 2010 | | -0.003 | 0.000 | -0.345 *** | 0.029 *** | 0.004 |
|  | | (-0.3) | (0.0) | (-14.6) | (4.9) | (0.1) |

Note: T-statistic is presented in parentheses below the Coefficient. Coefficient estimates for customer fixed effects and product fixed effects are not shown. *** Indicates a coefficent that is statistically significant at the 0.001 level. Statistical significance at the 0.05 level is unchanged using robust standard errors, with the exception of the following: Augen (2007 and 2010), Oakley (2005, 2007 and 2010), Optima (2007 and 2009), REM Eyewear (2009), and X-Cel (2010). The following first purchasers had no benchmark sales and therefore there were insufficient data to estimate customer-specific overcharges on their purchases: LensCrafters, Oracle Lens Manufacturing, Sola, Tecni-Lens, Tecnol North America, Vision-Ease.