# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| This document relates to:<br><br>Case No. 8:10-CV-1158<br>Case No. 8:10-CV-1358<br>Case No. 8:10-CV-1825<br>Case No. 8:10-CV-2089<br>Case No. 8:10-CV-2090<br>Case No. 8:10-CV-2091<br>Case No. 8:10-CV-2418<br>Case No. 8:10-CV-1840<br>Case No. 8:11-CV-2599 | Case No. 8:10-md-2173-JDW-EAJ<br><br>Hon. James D. Whittemore<br>Hon. Elizabeth A. Jenkins |

## DELCARATION OF DANIEL P. WEICK IN SUPPORT OF DEFENDANT TRANSITIONS OPTICAL INC.'S RESPONSE TO INDIRECT PURCHASER END-USER PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

I, Daniel P. Weick, declare as follows:

1. I am an Associate with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record in this matter for Defendant Transitions Optical, Inc. ("Transitions"). I am duly licensed to practice law in the State of New York. I make this declaration in support of Transitions' Response to Indirect Purchaser End-User Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation. If called upon, I could provide the following testimony based on personal knowledge, my review of the files of this case, or my conversations with colleagues or opposing counsel.

2. Attached hereto as Exhibit A is a true and correct copy the Expert Report of Lauren J. Stiroh, Ph.D. in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of selections from the transcript of and exhibits to the deposition of Gary L. French, Ph.D., taken on February 15, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of selections from the transcript of the deposition of Janet S. Netz, Ph.D., taken on August 29, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of Benjamin Klein, *Exclusive Dealing as Competition for Distribution "On the Merits,"* 12 GEO. MASON L. REV. 119 (2003).

6. Attached hereto as Exhibit E is a true and correct copy of Michelle M. Burtis & Darwin V. Neher, *Correlation & Regression Analysis in Antitrust Class Certification*, 77 ANTITRUST L.J. 495 (2011).

7. Attached hereto as Exhibit F is a true and correct copy of John H. Johnson & Gregory K. Leonard, *Economics & the Rigorous Analysis of Class Certification in Antitrust Cases*, 3 J. COMPETITION L. & ECON. 341 (2007).

8. Attached hereto as Exhibit G is a true and correct copy of the transcript of the evidentiary hearing on class certification held before Magistrate Judge Jenkins on December 3, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 21, 2013             /s/ Daniel P. Weick  
                                                        Daniel P. Weick

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Declaration of Daniel P. Weick in support of Defendant Transitions Optical, Inc.'s Response to Indirect Purchaser End-User Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation to be served via ECF on this 21st day of June 2013.

I further certify that unredacted courtesy copies of this filing were served on the following counsel of record via electronic mail:

| | |
|---|---|
| Ben Barnow | b.barnow@barnowlaw.com |
| Joseph Barton | jbarton@glancylaw.com |
| Michael Buchman | mbuchman@pomlaw.com |
| Bart Cohen | bcohen@bm.net |
| Lance Harke | lharke@harkeclasby.com |
| Alex Iliff | iliff.alex@dorsey.com |
| Michael Lindsay | lindsay.michael@dorsey.com |
| Jennifer MacNaughton | jmacnaughton@bm.net |
| Linda Nussbaum | lnussbaum@gelaw.com |
| Gregory Asciolla | gasciolla@labaton.com |
| Matthew Ralph | ralph.matthew@dorsey.com |
| William O'Reilly | woreilly@jonesday.com |
| Susan Schwaiger | sschwaiger@gelaw.com |

Dated: June 21, 2013

/s/ Jonathan M. Jacobson
Jonathan M. Jacobson