**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION**<br><br>**This document relates to the following cases:**<br><br>Case No. 8:10-CV-1158<br>Case No. 8:10-CV-1358<br>Case No. 8:10-CV-1825<br>Case No. 8:10-CV-2089<br>Case No. 8:10-CV-2090<br>Case No. 8:10-CV-2091<br>Case No. 8:10-CV-2418<br>Case No. 8:10-CV-1840<br>Case No. 8:11-CV-2599 | MDL Docket No. 2173<br><br>Case No. 8:10-md-2173-JDW-EAJ<br><br>Hon. James D. Whittemore<br>Hon. Elizabeth A. Jenkins |

## LOCAL RULE 3.01(g) CERTIFICATION

In compliance with Rule 3.01(g) of the Local Rules for the United States District Court for the Middle District of Florida, the undersigned counsel certifies that he has conferred with counsel for the Indirect Purchaser End-User Plaintiffs regarding the relief requested in the Motion to Seal the Expert Report of Lauren J. Stiroh, Ph.D., and that those parties do not consent to the relief requested therein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 21, 2013 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | s/ Daniel P. Weick<br>    Daniel P. Weick<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email: dweick@wsgr.com |
|  | *Attorneys for Defendant Transitions Optical, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Local Rule 3.01(g) Certification to be served via ECF on this 21st day of June 2013.

Dated: June 21, 2013

/s/ Jonathan M. Jacobson
Jonathan M. Jacobson