**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION** | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-JDW-EAJ |
| **This document relates to the following cases:** | Hon. James D. Whittemore |
| 8:10-cv-0984-T-27<br>8:10-cv-1850-T-27<br>8:10-cv-2042-T-27<br>8:10-cv-2051-T-27<br>8:10-cv-2171-T-27 | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE**
**OF SUPPLEMENTAL AUTHORITY**

Plaintiffs in the above-referenced actions ("Direct Purchaser Plaintiffs") hereby submit a highlighted copy of the recent Memorandum and Order granting plaintiffs' motion to certify a class of direct purchasers in *In re Nexium (Esomeprazole) Antitrust Litigation*, --- F.R.D. ----, 2013 WL 6486917 (D. Mass., Dec. 11, 2013) (attached as Exhibit A). The Memorandum and Order that Direct Purchaser Plaintiffs previously submitted from that case (Dkt. 568-1) certified a class of end payors. Direct Purchaser Plaintiffs submit this authority in furtherance of the Objections to the Report and Recommendation to Deny Class Certification (Dkt. No. 486).

Dated: December 16, 2013

/s/ Bart D. Cohen
H. Laddie Montague, Jr.
Bart D. Cohen
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
E-mail: bcohen@bm.net


/s/ Linda P. Nussbaum
Linda P. Nussbaum
Susan R. Schwaiger
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Phone: (646) 722-8500
Fax: (646) 722-8501
E-mail: lnussbaum@gelaw.com


/s/ Gregory Asciolla
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
E-mail: bpersky@labaton.com

*Interim Co-Lead Counsel for Direct Purchaser Class Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Direct Purchaser Plaintiffs' Notice of Supplemental Authority was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties on this, the 16th day of December 2013.

**BERGER & MONTAGUE, P.C**.

*/s/  Bart D. Cohen*
Bart D. Cohen
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Fax:  (215) 875-4604
E mail:  bcohen@bm.net

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*