IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED

In Re: Photochromic lens Antitrust Lit. 2014 MAY 27 PM 12:01

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

MDL: 2173

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Jonathan Rich, Intervenor
James Jared Thule, Intervenor
Edward Breivik, Intervenor
Eric Rudolph, Intervenor

Motion to Intervene as Plaintiffs under Rule 24(A)², Rule 24(B)

Comes Now, The Intervenors, Christopher Donnelly, Christopher Wirth, Jonathan Rich, James Jared Thule, Edward Breivik, Eric Rudolph, moves this Honorable court to Intervene as Plaintiffs in the Photochromic lens Antitrust Litigation under Rule 24(A)², 24(B) - permissive Intervention. Intervenors Have a common vested interest in this litigation. Our Intervention Provides Questions of laws and Facts that are common in this Action. Intervenors pray this honorable court for relief

respectfully,

_Chris Wirth_ 5/21/14                              _[signature]_ 5-21-14
Christopher Wirth                                  Christopher Donnelly
LA 2120                                            JK 5048
301 Institution DR                                 301 Institution DR
Bellefonte, PA 16823                               Bellefonte, PA 16823


_[signature]_ 5-13-14                              _[signature]_ 5-21-14
James Jared Thule                                  Jonathan Rich
518 George Rd                                      KX 9662
Toms River, NJ 08753                               301 Institution DR
                                                   Bellefonte, PA 16823

Eric Rudolph 5-1-14
ERIC Rudolph
5880 Highway 67
Florence, CO 81226

Ed Breivik 5-5-14
Edward Breivik
1586 Lawrence Rd
Lawrence, NJ 08648