UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL Docket No. 2173

Case No. 8:10-md-2173-T-27EAJ

_____/

## ORDER

**BEFORE THE COURT** is the Motion to Intervene as Plaintiffs Under Rule 24(a)(2), Rule 24(b) (Dkt. 586). Although it purports to invoke Rules 24(a)(2) and 24(b), the motion fails to state an adequate factual or legal basis on which intervention would be allowed. *See* M.D. Fla. L.R. 3.01(a). Moreover, given all of the circumstances of the case, the motion is untimely. *See Smith Petroleum Serv., Inc. v. Monsanto Chem. Co.*, 420 F.2d 1103, 1115 (5th Cir. 1970). Accordingly, the motion (Dkt. 586) is **DENIED**.

DONE AND ORDERED this 29th day of May, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Movants