UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO.  8:10-MD-2173-T-27EAJ          DATE   June 30, 2014

TITLE   IN RE:  PHOTOCHROMIC LENS ANTITRUST LITIGATION

TIME  3:00 PM - 3:50 PM          TIME:  50 minutes

HONORABLE JAMES D. WHITTEMORE     Courtroom Deputy:  Anne H. Ohle

Court Reporter:  Lynann Nicely

*Counsel in attendance:*

**F. Matthew Ralph,**
*Counsel for Insight Equity AP X LP, d/b/a Vision-Ease Lens Worldwide*

**Christopher C. Casper**
*Counsel for Indirect Purchaser Plaintiffs*

**Jonathan M. Jacobson & Chul Pak**
*Counsel for defendant Transitions Optical, Inc.*

**\*William O'Reilly**
*Counsel for defendants Essilore of America & Essilore Lab of America*

*\*Counsel teleconferencing in but not actively participating.*

PROCEEDINGS OF:          **MOTION HEARING (Dkt. 574)**

Plaintiff Vision-Ease's Motion for Suggestion of Remand to the District of Delaware (Dkt. 574).

Court hears argument by counsel.

Court reserves ruling at this time.

Court adjourned.