UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| | Case No. 8:10-md-2173-T-27EAJ |
| | Case No. 8:10-cv-01158 |
| | Case No. 8:10-cv-01358 |
| | Case No. 8:10-cv-01825 |
| | Case No. 8:10-cv-01840 |
| | Case No. 8:10-cv-02089 |
| | Case No. 8:10-cv-02090 |
| | Case No. 8:10-cv-02091 |
| | Case No. 8:10-cv-02418 |
| _____/ | |

## ORDER

The Court has been advised by the parties (Dkt. 593 at 22) that the claims brought by the putative class of Indirect Purchasers have been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., the following cases are **DISMISSED** *without prejudice*:

Case No. 8:10-cv-01158
Case No. 8:10-cv-01358
Case No. 8:10-cv-01825
Case No. 8:10-cv-01840
Case No. 8:10-cv-02089
Case No. 8:10-cv-02090
Case No. 8:10-cv-02091
Case No. 8:10-cv-02418

Dismissal is subject to the right of the parties, within **sixty (60) days** of the date of this Order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the actions, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice.

Indirect Purchaser End-User Plaintiffs' Amended Motion for Class Certification (Dkt. 290)

1

is **DENIED** *as moot*. The Clerk is directed to **TERMINATE** the Report and Recommendation of the Magistrate Judge (Dkt. 513), and to **CLOSE** the files listed above.

**DONE AND ORDERED** this 10th day of July, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Clerk, Judicial Panel on Multidistrict Litigation