# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: PHOTOCHROMIC LENS ANTITRUST LITIGATION | MDL Docket No. 2173 |
| This document relates to: <br><br> Case No. 8:10-CV-1158 <br> Case No. 8:10-CV-1358 <br> Case No. 8:10-CV-1825 <br> Case No. 8:10-CV-1840 <br> Case No. 8:10-CV-2089 <br> Case No. 8:10-CV-2090 <br> Case No. 8:10-CV-2091 <br> Case No. 8:10-CV-2418 <br> Case No. 8:10-CV-2599 | Case No. 8:10-md-2173-JDW-EAJ <br><br> Hon. James D. Whittemore <br> Hon. Elizabeth A. Jenkins |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, WITHDRAWAL WITH PREJUDICE OF INDIRECT PURCHASER END-USER PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND WITHDRAWAL WITH PREJUDICE OF THE PARTIES' REQUESTS FOR RELIEF CONCERNING PLAINTIFFS' FEBRUARY 2013 DEPOSITION SUBPOENA DIRECTED TO NERA ECONOMIC CONSULTING**

Plaintiffs Howard Achtman, John Donohoe, Keith Forbes, Amanda Gable, Gabby Klein, Edmund Moores, Caryl O'Keefe, Brian Keith Roller, Axhi Sabani, Phyliss Sternemann, Eldridge Donald Wilcox (collectively "Indirect Purchaser Plaintiffs" or "Plaintiffs"), and Defendant Transitions Optical, Inc. ("TOI" or "Defendant") (Plaintiffs and Defendant are collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby notify the Court the Parties have entered into a written settlement agreement and stipulate and agree as follows, in accordance with that agreement:

1.  This multidistrict litigation ("MDL") includes eleven actions consolidated for purposes of coordinated pretrial proceedings as *In re Photochromic Lens Antitrust Litigation, No. 8:10-md-02173-JDW-EAJ*, in the United States District Court for the Middle District of Florida, including the following actions:  No. 8:10-CV-1158; No. 8:10-CV-1358; No. 8:10-CV-1825; No. 8:10-CV-1840; No. 8:10-CV-2089; No. 8:10-CV-2090; No. 8:10-CV-2091; No. 8:10-CV-2418; No. 8:10-CV-2599.

2.  The Parties have reached a settlement pursuant to which Plaintiffs have agreed to dismiss all eleven actions with prejudice.  Nothing in this Stipulation and Order shall have any effect on the claims, if any, of unnamed members of the putative class of indirect purchasers proposed in Dkt. No. 290.

3.  In light of the Parties' settlement agreement, Plaintiffs agree to withdraw with prejudice Indirect Purchaser End-User Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation, Dkt. No. 514.

4.  Plaintiffs and Defendants filed cross-motions requesting relief concerning Plaintiffs' February 2013 deposition subpoena directed to NERA Economic Consulting.  Dkt. Nos. 460, 461.  The Parties filed oppositions to those motions.  Dkt. Nos. 469, 472.  The Parties stipulate and agree to withdraw with prejudice these four pleadings (Dkt. Nos. 460, 461, 469, and 472) and agree that no relief or sanctions will be sought by any Party in connection with Plaintiffs' February 2013 deposition subpoena.

5.  The Parties stipulate and agree that the arguments, claims, defenses, demands, liabilities, rights, and causes of action asserted by Plaintiffs and Defendant, including those asserted by counsel of both Plaintiffs and Defendant, were conducted in good faith and no Party shall have any claim to sanctions, damages, or relief based on conduct of any other party,

counsel, or individual that transpired in this Litigation, to the extent that the conduct of another party, counsel, or individual is known by the Party at the time of Execution of this Agreement.

6. The Parties respectfully request that the Court enter the proposed order submitted herewith.

Respectfully submitted,

Dated: July 10, 2014

Dated: July 10, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

POMERANTZ LLP

*Jonathan M. Jacobson*
Jonathan M. Jacobson
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
E-mail: jjacobson@wsgr.com

s/ Marc. I Gross
Marc I. Gross
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: migross@pomlaw.com

*Counsel for Defendant Transitions Optical, Inc.*

*Counsel for Indirect Purchaser End-User Plaintiffs*

HARKE CLASBY & BUSHMAN LLP

Howard Bushman
9699 NE Second Avenue
Miami, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229
Email: lharke@harkeclasby.com

*Counsel for Indirect Purchaser End-User Plaintiffs*

BARNOW & ASSOCIATES, P.C.

s/Ben Barnow
Ben Barnow
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 641-5504

*Counsel for Indirect Purchaser End-User Plaintiffs*

GLANCY BINKOW & GOLDBERG LLP

s/ Susan G. Kupfer
Susan G. Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

*Counsel for Indirect Purchaser End-User Plaintiffs*

MOTLEY RICE LLP

s/ Michael M. Buchman
Michael M. Buchman
275 Seventh Avenue, 2nd Floor
New York, NY 10001
Tel: (212) 577-0040
Fax: (212) 577-0054

*Counsel for Indirect Purchaser End-User Plaintiffs*